# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00567JMS-BMK

CASE NAME:        Lucas Bruno, III v. Robert Au

ATTYS FOR PLA:    Michael J. Green, Denise Hevicon

ATTYS FOR DEFT:   Thomas A. Helper

INTERPRETER:

JUDGE:  Barry M. Kurren            REPORTER:   C6F

DATE:   1/12/2006                  TIME:       2:15 - 2:20

COURT ACTION:  EP: Order to Show Cause Why Case Should Not be Dismissed for Failure to Respond to Defendants' Discovery - OSC set aside as to Charles Turner, Thomas Young, Lucas Bruno, and Christopher Garh.  Discovery was received.

Frank Paulson has till 3 p.m. on 1-13-06 to respond to discovery request.  If not, court will issue a Findings and Recommendation for Dismissal.

Submitted by Richlyn Young, Courtroom Manager