ORIGINAL

MICHAEL JAY GREEN 4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
E-Mail: michaeljgreen@hawaii.rr.com

DEBRA A. KAGAWA 6169
888 Mililani Street, Suite 501-A
Honolulu, Hawaii 96813
Telephone: (808) 535-0363

DENISE M. HEVICON 7428
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
E-Mail: dhsangster@hawaii.rr.com

EVE GREEN 5550
58 Central Avenue
Wailuku, Maui, Hawaii 96793
Telephone: (808) 249-2474
Facsimile: (808) 244-8858
E-mail: greenlaw@maui.net

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006
at ____ o'clock and ____ min. __M
SUE BEITIA, CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | ) CIVIL NO. 03-00567 DAE/BMK<br>)<br>) CERTIFICATE OF SERVICE<br>) RE: PLAINTIFF FRANK<br>) ROBERT PAULSON'S<br>) RESPONSE TO DEFENDANT'S<br>) FIRST REQUEST FOR<br>) ANSWERS TO<br>) INTERROGATORIES AND<br>) FIRST REQUEST FOR<br>) PRODUCTION OF<br>) DOCUMENTS TO PLAINTIFFS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE RE: PLAINTIFF FRANK
ROBERT PAULSON'S RESPONSE TO DEFENDANT'S
FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND
<u>FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS</u>

I Hereby certify that a copy of the foregoing documents named above were served upon the party(ies) listed below via hand delivery or U.S. Mail, postage prepaid at the addresses indicated on January 13, 2006

THOMAS A. HELPER, ESQ.
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6100
Honolulu, Hawaii 96850

Attorneys for Defendant
MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND
SECURITY

DATED: Honolulu, Hawaii, January 13, 2006.

*/s/ Denise M. Hevicon*

MICHAEL JAY GREEN
DEBRA A. KAGAWA
DENISE M. HEVICON
EVE M. GREEN