ORIGINAL

DAVID J. GIERLACH     5041
500 Ala Moana Boulevard
Suite 300, 5 Waterfront Plaza
Honolulu, Hawaii 96813
Telephone:  (808) 523-1332
Facsimile:  (808) 526-2275
Email:  gierlach@verizon.net

Attorneys for Plaintiff

LODGED
JAN 0 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 1 8 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER AND TOM YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. RIDGE, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO. 03-00567 DAE/BMK<br><br>EX PARTE MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF DAVID J. GIERLACH; ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL; CERTIFICATE OF SERVICE |

## MOTION TO WITHDRAW
## AS COUNSEL

David J. Gierlach respectfully moves this Honorable Court ex parte for leave to withdraw as counsel for Plaintiffs in this matter. This motion is brought pursuant to Rules 5, 7 and 72.2 *et seq.* of the *Rules of the United States District Court for the District of Hawaii*, LR 83.6(b) of the *Local Rules of the United States District Court for the District of Hawaii* and Rule 1.16(b) of the *Rules of Professional Conduct*, and is supported by the Declaration of David J. Gierlach and the records and pleadings on file herein.

DATED: Honolulu, Hawaii, January 5, 2006.

                                                            _____
                                                            DAVID J. GIERLACH
                                                            Attorney for Plaintiffs