IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER AND TOM YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. RIDGE, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO. 03-00567 DAE/BMK<br><br>DECLARATION OF DAVID J. GIERLACH |

DECLARATION OF
DAVID J. GIERLACH

DAVID J. GIERLACH declares as follows:

1.  I am an attorney licensed to practice law before all courts in the State of Hawaii and am one of the attorneys of record for Plaintiffs herein.

2.  I respectfully seek leave from this Honorable Court to withdraw from this case because I am not counsel of record for Plaintiffs herein.

3

3. My name has appeared as counsel of record without my approval. I have no contract with the Plaintiffs and I have not performed any work on Plaintiffs' behalf. Further, I have no authority to appear on behalf of Plaintiffs.

4. Therefore, it is respectfully requested for the reasons stated herein that I be permitted to withdraw as counsel for Plaintiffs herein.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, January 5, 2006.

_____
DAVID J. GIERLACH