IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER AND TOM YOUNG,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THOMAS J. RIDGE, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | CIVIL NO. 03-00567 DAE/BMK<br><br>ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL |

ORDER GRANTING EX PARTE
MOTION TO WITHDRAW AS COUNSEL

　　Movant's Motion to Withdraw as Counsel having come before this Court and good cause appearing therefore,

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said ex parte Motion be and the same hereby is GRANTED.

5

DATED: Honolulu, Hawaii, January 4, 2006.

_____
JUDGE OF THE ABOVE ENTITLED COURT

---

*Bruno, et al. v. Ridge, et al.*; Civil No. 03-00567 DAE/BMK; ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL