IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER AND TOM YOUNG, <br><br>           Plaintiffs, <br><br>       vs. <br><br> THOMAS J. RIDGE, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, <br><br>           Defendant. | ) CIVIL NO. 03-00567 DAE/BMK <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY and/or UNITED STATES MAIL, postage prepaid, to the parties identified below at their last known address on the date herein indicated.

THOMAS A. HELPER, ESQ.
Assistant United States Attorney
Office of the United States Attorney
300 Ala Moana Boulevard
Suite 6100, PJKK Federal Building
Honolulu, Hawaii 96850

Attorney for Defendant

7

MICHAEL J. GREEN, ESQ.
Law Offices of Michael Jay Green
345 Queen Street
Second Floor
Honolulu, Hawaii 96813

DEBRA A. KAGAWA, ESQ.
888 Mililani Street
Suite 501-A
Honolulu, Hawaii 96813

DENISE M. HEVICON, ESQ.
345 Queen Street
Second Floor
Honolulu, Hawaii 96813

EVE M. GREEN, ESQ.
24 N. Church Street
Suite 409
Wailuku, Maui, Hawaii 96793

Attorneys for Plaintiffs


LUCAS BRUNO III
CHRISTOPHER GAHR
FRANK ROBERT PAULSON
CHARLES TURNER
TOM YOUNG
c/o Michael J. Green, Esq.
Law Offices of Michael Jay Green
345 Queen Street
Second Floor
Honolulu, Hawaii 96813

Plaintiffs

DATED: Honolulu, Hawaii, January 6, 2006.

                                                          DAVID J. GIERLACH
                                                          Attorney for Plaintiffs