EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S AMENDED NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION<br><br>(Lucas Bruno III, Frank Robert Paulson, Charles Turner and Charles Young) |

CERTIFICATE OF SERVICE RE: DEFENDANT'S AMENDED NOTICE
OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendant's Amended Notice of Taking Depositions Upon Oral Examination, was duly served on the following at their lat known address:

Served by Facsimile and First Class Mail

Michael Jay Green, Esq.                January 26, 2006
Debra A. Kagawa, Esq.
Denise M. Hevicon, Esq.
345 Queen Street, Second Floor
Honolulu, HI 96813

Eve Green, Esq.
58 Central Avenue
Wailuku, HI 96793

Attorneys for Plaintiffs

DATED: January 26, 2006, at Honolulu, Hawaii.

/s/ Myra Y. Peterson
_____