EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, RANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF FRANK PAULSON; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF FRANK PAULSON; CERTIFICATE OF SERVICE |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE
CLAIMS OF PLAINTIFF FRANK PAULSON

    Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant hereby moves this court to grant it summary judgment on the claims of plaintiff Frank Paulson.  The grounds for this motion are set forth in the attached memorandum in support and in the accompanying Concise Statement of Material Facts.

DATED: February 24, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Thomas A. Helper

        By_____
          THOMAS A. HELPER
          Assistant U. S. Attorney

        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, RANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>          Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

**Served by First-Class Mail**

Eve M. Green, Esq.             **February 24, 2006**
Law Office of Eve M. Green
58 Central Avenue
Wailuku, HI 96793


Michael J. Green, Esq.
Debra Akemi Kagawa, Esq.
Denise M. Hevicon, Esq.
Queen Street Building
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Attorneys for Plaintiffs

DATED: February 24, 2006, at Honolulu, Hawaii.

/s/ Myra Y. Peterson
_____