IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>            Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | CIVIL NO. 03-00567-DAE/BMK |

## **DECLARATION OF THOMAS DAQUANO**

1. I am a Personnel Security Specialist in Arlington Virginia for the Transportation Security Administration (TSA). I determine whether applicant for employment with TSA are suitable for employment. I was employed in the same capacity in February 2003.

2. I was assigned to perform a suitability determination for Robert Frank Paulson in February 2003. According to the records provided to me at that time, Paulson was employed as a screener at the Kahului Airport on Maui in the state of Hawaii. I determined that in his employment application Paulson had stated that he had not been arrested in the past seven years. In reviewing information provided by the Federal Bureau of Investigation, however, I saw that in fact Paulson had been arrested twice in 1997, for theft and for battery. Based on this information, I determined that Paulson was not suitable for employment with TSA. Attached as Exhibit A is the worksheet I filled out in connection with the Paulson suitability determination. I forwarded this determination to Thomas Mulhern at TSA's Employee Relations Division.

3. All of the actions described in paragraph 2 were taken pursuant to my office's standard procedures in performing suitability determinations, as governed by the relevant rules and guidelines from TSA and the Office of Personnel Management. I was not influenced or contacted by anyone in Hawaii regarding the Paulson

suitability determination. I made the determination without regard to his race or age, and in fact would not have been aware of his race or age.

I declare under penalty of perjury that the information contained in the above pages is true and correct. See 28 U.S.C. § 1746.

Executed on (date) 2/23/06

Signature _Thomas A. Daquano_