## SUITABILITY WORKSHEET



**SUBJECT NAME:** Paulson, Frank     SSN:

[ ] Applicant          [X] Appointee          [ ] Contractor

Position: TSA Screener/ Kahului

**ISSUES:** Criminal Conduct; Falsification

DISCUSSION: The FBI Fingerprint check showed that the Chicago Police Department charged the subject with Battery on 4/7/97 and Theft/Labor/Services on 7/6/97.

**Finding:** The subject failed to disclose the above charges on his Standard Form 85P, question #20 "In the last seven years, have you have you been arrested, charged with, or convicted of any offense(s)?"

**ADJUDICATION:**

[ ] Eligible          [X] Ineligible on suitability

_____          2/26/03
Adjudicator                              Date

EXHIBIT "A"