

*United States Department of Transportation*  
TRANSPORTATION SECURITY ADMINISTRATION

400 Seventh Street, S.W.  
Washington, DC 20590

March 13, 2003

To: Frank Paulson  
Transportation Security Screener

From: Thomas Mulhern  
Director, Employee Relations Services

Subject: Discharge for Failure to Meet the Conditions of Employment

On September 29, 2002 you were given a conditional appointment in the excepted service with the Transportation Security Administration (TSA) as a Transportation Security Screener, SV-0019-D. Your appointment to this position was contingent upon the successful completion of your security background investigation.

Under the Aviation and Transportation Security Act (ATSA) Public Law 107-71, §111, screeners are required to undergo an employment investigation (including a criminal history record check and credit check). As part of your background investigation, you were required to complete Standard Form 85P (EG), Questionnaire For Public Trust Positions. Question #20 asks, "In the last seven years, have you been arrested for, charged with, or convicted of any offense(s)?" This form indicated that you could leave out traffic fines less than $150.00. On this form, responded in the negative "no." However, further investigation into your background disclosed that you were charged with Battery on April 7, 1997. You were also charged with Theft/Labor/Services on July 6, 1997. You failed to provide this information as required.

All TSA employees are required to be honest and trustworthy. You falsely responded to Question #20 regarding your police record. Your conduct has compromised your suitability for the position of a Transportation Security Screener at TSA.

The TSA protects the Nation's transportation systems and continuously sets the standard for excellence in transportation security through its people, processes and technologies. Thus, in order to promote the efficiency of the service, you will be separated from the TSA because you do not meet the suitability standards for your position. **Your separation will be effective the close of business on the day you receive this notice.**

# EXHIBIT "B"

You must return to your supervisor all TSA issued property, including, but not limited to, ID badge, any equipment, manuals and uniforms, before TSA will issue your final paycheck. You will not be allowed access to the TSA offices at Kahului Airport or any other TSA facilities. Therefore, if you need to return your TSA issued property, you are to provide advance notice and receive the express permission for the specific visit from Lowery Leong, Federal Security Director, Kahului Airport at 808-872-3412.

Because you are on a conditional appointment, you do not have appeal or grievance rights with respect to your discharge. If, however, you believe this discharge resulted from discrimination or harassment based on race, color, religion, sex, national origin, physical or mental disability, age (40 or over), sexual orientation, or reprisal, you may make a report to the Office of Civil Rights (877-336-4872). If you choose to make a report to the Office of Civil Rights you must do so within **45 calendar days** of the effective date of this action.

Please sign the receipt of acknowledgement below. Your signature does not denote agreement with this action; it only represents receipt of this notice on the date signed.

*Signed.*
*I am only Acknowledgement of Receipt*
*Not what is contained herein.*

_____        3/20/03
Acknowledgement of Receipt              Date



_____        _____
Signature of Person Mailing             Date Mailed

2