Standard Form 50
Rev. 7/91
U.S. Offfice of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PAULSON, FRANK R JR | 5487 | | 03-20-03 |

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 385 | TERMINATION DURING PROB/TRIAL PER | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVC | P.L. 107-71 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

**REDACTED**

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| TRANSPORTATION SECURITY SCREENER<br>PD NO=SA-OGGBD   BU NO=12BAOP<br>ORG=2B11OGG00   CST CNTR=211OGG | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SV | 0019 | D | 00 | $24,332 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $24,332 | $0 | $24,332 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| AUS FOR AVIATION OPERATIONS<br>AVIATION OPERATIONS DIVISION<br>WESTERN AREA<br>KAHULUI AIRPORT | |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30%<br>1 | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite<br>2 | | YES [ ]  NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 09-29-02 | F | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career<br>2 | E - Exempt<br>N - Nonexempt<br>N | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 15-2900-009 | KAHULUI, MAUI, HI |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 05X0.508/200/12BAOP/2B11OGG00/1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND D, SPECIALIZED JOB CATEGORY, LEVEL 1.
ENTITLED TO 23.75% COLA IN ADDITION TO SALARY IN BLOCK 12C. FWD ADDRES = 261
NANILOA DR # A, WAILUKU, HI, 96793   REASON SEP = TERMINATION DURING
PROBATIONARY/TRIAL PERIOD. SF-2819 PROVIDED.  LIFE INSURANCE COVERAGE EXTENDED
31 DAYS DURING WHICH YOU ARE ELIG TO CONVERT TO AN INDIV POLICY (NONGROUP).
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY/TSA | *Ronald R. Kogut* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| HSBC | 1598 | 06-24-03 | APPROVING OFFICIAL |

5-Part    2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

**EXHIBIT "C"**