EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER ) <br> GAHR, FRANK ROBERT PAULSON, ) <br> CHARLES TURNER, and TOM ) <br> YOUNG, ) <br> ) <br>        Plaintiffs, ) <br> ) <br>   vs. ) <br> ) <br> MICHAEL CHERTOFF[1], Secretary,) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br>        Defendant. ) <br> _____ ) | CIVIL NO. 03-00567 JMS BMK <br> <br> ORDER GRANTING DEFENDANT'S <br> MOTION TO COMPEL PLAINTIFF <br> CHRISTOPHER GAHR TO ANSWER <br> INTERROGATORIES |

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
PLAINTIFF CHRISTOPHER GAHR TO ANSWER INTERROGATORIES

     This matter came before the court for a discovery

conference on Defendant's Motion to Compel Plaintiff Christopher

Gahr to Answer Interrogatories.  Having considered the arguments

of the parties, the court hereby ORDERS plaintiff Gahr to provide

full and complete answers to Interrogatory Nos. 4, 5 and 7 by close of business on April 13, 2006.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 3, 2006

Lucas Bruno III et al. v. Chertoff
Civil No. 03-00567 JMS BMK
"Order Granting Defendant's Motion to Compel Plaintiff
Christopher Gahr to Answer Interrogatories"