```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>            Plaintiffs,<br><br>   vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S NOTICE OF VIDEOTAPED DEPOSITION<br><br>**(Christopher Gahr 05/04/06)** |

CERTIFICATE OF SERVICE RE: DEFENDANT'S NOTICE
OF VIDEOTAPED DEPOSITION

I HEREBY CERTIFY that, on the date and by the method of services noted below, a true and correct copy of Defendant's Notice of Videotaped Deposition, was duly served on the following at their last known addresses:

Served by Hand-Delivery

Michael Jay Green, Esq.                April 27, 2006
Debra A. Kagawa, Esq.
Denise M. Hevicon, Esq.
345 Queen Street, Second Floor
Honolulu, HI 96813


Facsimile and First-Class Mail

Eve Green, Esq.                        April 27, 2006
58 Central Avenue
Wailuku, HI 96793

Attorneys for Plaintiffs


DATED: April 27, 2006, at Honolulu, Hawaii.


                              /s/ Myra Y. Peterson
                              _____