EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG, | ) ) ) ) ) | CIVIL NO. 03-00567 JMS BMK CERTIFICATE OF SERVICE RE: DEFENDANT'S AMENDED NOTICE OF VIDEOTAPED DEPOSITION |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **(Christopher Gahr 05/04/06)** |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE RE: DEFENDANT'S AMENDED NOTICE
OF VIDEOTAPED DEPOSITION

     I HEREBY CERTIFY that, on the date and by the method of

services noted below, a true and correct copy of Defendant's

Amended Notice of Videotaped Deposition, was duly served on the

following at their last known addresses:

Served by Hand-Delivery

Michael Jay Green, Esq.              April 28, 2006
Debra A. Kagawa, Esq.
Denise M. Hevicon, Esq.
345 Queen Street, Second Floor
Honolulu, HI 96813


Facsimile and First-Class Mail

Eve Green, Esq.                      April 28, 2006
58 Central Avenue
Wailuku, HI 96793

Attorneys for Plaintiffs


DATED: April 28, 2006, at Honolulu, Hawaii.


                        /s/ Myra Y. Peterson
                        _____