
ORIGINAL

MICHAEL JAY GREEN  4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DEBRA A. KAGAWA  6169
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DENISE HEVICON  7428
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

EVE GREEN  5550
58 Central Avenue
Wailuku, Hawaii  96793
Telephone:  (808) 249-2474

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2006

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND | ) CIVIL NO. 03-00567 DAE/BMK<br>)<br>) CERTIFICATE OF SERVICE RE:<br>) PLAINTIFFS' FIRST REQUEST<br>) FOR PRODUCTION OF<br>) DOCUMENTS AND/OR THINGS<br>) TO DEFENDANT MICHAEL<br>) CHERTOFF, Secretary,<br>) DEPARTMENT OF HOMELAND<br>) SECURITY |

SECURITY,                                    )
                                             )
              Defendant.                     )   Trial Date: August 1, 2006
                                             )

CERTIFICATE OF SERVICE RE: PLAINTIFFS' FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS AND/OR THINGS TO
DEFENDANT MICHAEL CHERTOFF, Secretary, DEPARTMENT
OF HOMELAND SECURITY

I hereby certify that copies of Plaintiffs' First Request for Production of Documents and/or Things to Defendant Michael Chertoff, Secretary, Department of Homeland Security, will be duly served upon the following by means of hand delivery to his list known address on the date indicated below:

> THOMAS A. HELPER, ESQ.
> Office of the United States Attorney
> PJKK Federal Building
> 300 Ala Moana Blvd., Rm. 6100
> Honolulu, Hawaii  96850
>
> Attorney for Defendant

DATED:  Honolulu, Hawaii, April 28, 2006.

                              _____
                              MICHAEL JAY GREEN
                              DEBRA A. KAGAWA
                              DENISE HEVICON
                              EVE GREEN
                              Attorneys for Plaintiffs

2