**ORIGINAL**

MICHAEL JAY GREEN  4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DEBRA A. KAGAWA  6169
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DENISE HEVICON  7428
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

EVE GREEN  5550
58 Central Avenue
Wailuku, Hawaii  96793
Telephone:  (808) 249-2474

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 03 2006

at 10 o'clock and 59 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>              Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND | CIVIL NO. 03-00567 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE: (1) PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND |

| | |
|---|---|
| SECURITY,<br><br>             Defendant. | ) SECURITY; INTERROGA-<br>) TORIES; VERIFICATION; and<br>) (2) PLAINTIFFS' SECOND<br>) REQUEST FOR PRODUCTION<br>) OF DOCUMENTS AND/OR<br>) THINGS TO DEFENDANT<br>) MICHAEL CHERTOFF,<br>) Secretary, DEPARTMENT OF<br>) HOMELAND SECURITY<br>)<br>) Trial Date: August 1, 2006 |

### CERTIFICATE OF SERVICE RE: (1) PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY; INTERROGATORIES; VERIFICATION; and (2) PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND/OR THINGS TO DEFENDANT MICHAEL CHERTOFF, Secretary, DEPARTMENT OF <u>HOMELAND SECURITY</u>

I hereby certify that copies of (1) Plaintiffs' First Request for Answers to Interrogatories to Defendant Michael Chertoff, Secretary, Department of Homeland Security; Interrogatories; Verification; and (2) Plaintiffs' Second Request for Production of Documents and/or Things to Defendant Michael Chertoff, Secretary, Department of Homeland Security will be duly served upon the following by means of hand delivery to his list known address on the date indicated below:

THOMAS A. HELPER, ESQ.
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6100
Honolulu, Hawaii 96850

Attorney for Defendant

DATED: Honolulu, Hawaii, May 2, 2006.

                            MICHAEL JAY GREEN
                            DEBRA A. KAGAWA
                            DENISE HEVICON
                            EVE GREEN
                            Attorneys for Plaintiffs