**ORIGINAL**

MICHAEL JAY GREEN  4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DEBRA A. KAGAWA  6169
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DENISE HEVICON  7428
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

EVE GREEN  5550
58 Central Avenue
Wailuku, Hawaii  96793
Telephone:  (808) 249-2474

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 05 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, | CIVIL NO. 03-00567 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION<br><br>(Filbert Carvalho and Pat Collins)<br><br>Trial Date: August 1, 2006 |

```
DEPARTMENT OF HOMELAND    )
SECURITY,                 )
                          )
                          )
         Defendant.       )
                          )
_____)
```

### CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I hereby certify that copies of Plaintiffs' Notice of Taking Depositions Upon Oral Examination will be duly served upon the following by means of hand delivery to his list known address on the date indicated below:

> THOMAS A. HELPER, ESQ.
> Office of the United States Attorney
> PJKK Federal Building
> 300 Ala Moana Blvd., Rm. 6100
> Honolulu, Hawaii 96850
>
> Attorney for Defendant

DATED: Honolulu, Hawaii, May 5, 2006.

> _____
> MICHAEL JAY GREEN
> DEBRA A. KAGAWA
> DENISE HEVICON
> EVE GREEN
> Attorneys for Plaintiffs