MICHAEL JAY GREEN 4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

DEBRA A. KAGAWA 6169
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

DENISE HEVICON 7428
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

EVE GREEN 5550
58 Central Avenue
Wailuku, Hawaii 96793
Telephone: (808) 249-2474

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 08 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, | ) CIVIL NO. 03-00567 DAE/BMK<br>)<br>) PLAINTIFFS' STATEMENT OF NO<br>) OPPOSITION TO DEFENDANT'S<br>) MOTION FOR SUMMARY<br>) JUDGMENT ON THE CLAIMS OF<br>) PLAINTIFF FRANK PAULSON;<br>) CERTIFICATE OF SERVICE<br>)<br>) |

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY,<br><br>     Defendant. | ) DATE: May 22, 2006<br>) TIME: 9:00 a.m.<br>) JUDGE: Hon. J. Michael Seabright<br>)<br>) Trial Date: August 1, 2006 |

## PLAINTIFFS' STATEMENT OF NO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF FRANK PAULSON

Plaintiffs Lucas Bruno III, Christopher Gahr, Frank Robert Paulson, Charles Turner, and Tom Young, by and through their attorneys, hereby state that they take no opposition to Defendant's Motion for Summary Judgment on the Claims of Plaintiff Frank Paulson, filed herein on February 28, 2006.

DATED: Honolulu, Hawaii, May 8, 2006.

                 _____
                 MICHAEL JAY GREEN
                 DEBRA A. KAGAWA
                 DENISE HEVICON
                 EVE GREEN
                 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant. | ) CIVIL NO. 03-00567 DAE/BMK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be duly served upon the following by means of hand delivery to his list known address on the date indicated below:

>THOMAS A. HELPER, ESQ.
>Office of the United States Attorney
>PJKK Federal Building
>300 Ala Moana Blvd., Rm. 6100
>Honolulu, Hawaii 96850
>
>Attorney for Defendant

DATED: Honolulu, Hawaii, May 8, 2006.

                                                  _____
                                                  MICHAEL JAY GREEN
                                                  DEBRA A. KAGAWA
                                                  DENISE HEVICON
                                                  EVE GREEN
                                                  Attorneys for Plaintiffs