ORIGINAL

MICHAEL JAY GREEN  4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DEBRA A. KAGAWA  6169
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DENISE HEVICON  7428
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

EVE GREEN  5550
58 Central Avenue
Wailuku, Hawaii  96793
Telephone:  (808) 249-2474

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 1 2006

at __ o'clock and __ min. __
SUE BEITIA, CLERK

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>             Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, | CIVIL NO. 03-00567 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE:<br>(1) PLAINTIFFS' SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY; and (2) PLAINTIFFS' |

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendant. | ) THIRD REQUEST FOR<br>) PRODUCTION OF DOCUMENTS<br>) AND/OR THINGS TO<br>) DEFENDANT MICHAEL<br>) CHERTOFF, Secretary,<br>) DEPARTMENT OF HOMELAND<br>) SECURITY<br>)<br>) Trial Date: August 1, 2006 |

CERTIFICATE OF SERVICE RE: (1) PLAINTIFFS' SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY; and (2) PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS AND/OR THINGS TO DEFENDANT MICHAEL CHERTOFF, Secretary, <u>DEPARTMENT OF HOMELAND SECURITY</u>

I hereby certify that copies of (1) Plaintiffs' Second Request for Answers to Interrogatories to Defendant Michael Chertoff, Secretary, Department of Homeland Security; and (2) Plaintiffs' Third Request for Production of Documents and/or Things to Defendant Michael Chertoff, Secretary, Department of Homeland Security will be duly served upon the following by means of hand delivery to his list known address on the date indicated below:

>THOMAS A. HELPER, ESQ.
>Office of the United States Attorney
>PJKK Federal Building
>300 Ala Moana Blvd., Rm. 6100
>Honolulu, Hawaii  96850
>
>Attorney for Defendant

2

DATED: Honolulu, Hawaii, May 11, 2006.

                                                                 /s/ Debra A. Kagawa
                                                                 _____
                                                                 MICHAEL JAY GREEN
                                                                 DEBRA A. KAGAWA
                                                                DENISE HEVICON
                                                                EVE GREEN
                                                                Attorneys for Plaintiffs