EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS |

CERTIFICATE OF SERVICE RE: DEFENDANT'S SECOND
REQUEST FOR ANSWERS TO INTERROGATORIES AND FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Certificate of Service Re: Defendant's Second Request for Answers to Interrogatories and First Request for Production of Documents to Plaintiffs, was duly served on the following at their last known

address:

    Served by Hand Delivery:

    Michael Jay Green, Esq.          May 18, 2006
    Debra A. Kagawa, Esq.
    Denise M. Hevicon, Esq.
    345 Queen Street, Second Floor
    Honolulu, HI 96813

    Served by Facsimile:

    Eve Green, Esq.                 May 18, 2006
    58 Central Avenue
    Wailuku, HI 96793

DATED: May 18, 2006, at Honolulu, Hawaii.

                                    /s/ Myra Y. Peterson
                                 _____