MICHAEL JAY GREEN 4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

DEBRA A. KAGAWA 6169
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

DENISE HEVICON 7428
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336

EVE GREEN 5550
58 Central Avenue
Wailuku, Hawaii 96793
Telephone: (808) 249-2474

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND | CIV. NO. 03-00567 JMS/BMK<br><br>CERTIFICATE OF SERVICE<br><br>Re: PLAINTIFF CHRISTOPHER GAHR'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FIRST REQUEST FOR |

| | |
|---|---|
| SECURITY, | ) PRODUCTIONS TO |
| | ) PLAINTIFFS |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Plaintiff Christopher Gahr's Response to Defendant's First Request for Answers to Interrogatories and First Request for Production of Documents to Plaintiffs will be duly served upon the following by means of hand delivery or by depositing same in the United States Mail, postage prepaid, at their last known addresses on the date indicated below:

    Thomas A. Helper, Esq.
    Office of the U. S. Attorney
    300 Ala Moana Blvd., Room 6100
    Honolulu, Hawaii  96850
    Attorney for Defendants

    DATED: Honolulu, Hawaii, __APR 2 1 2006__, 2006.

    _____
    MICHAEL JAY GREEN
    DEBRA A. KAGAWA
    DENISE HEVICON
    EVE GREEN
    Attorneys for Plaintiffs