EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT MICHAEL CHERTOFF'S RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES |

CERTIFICATE OF SERVICE RE: DEFENDANT MICHAEL CHERTOFF'S
RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS
TO INTERROGATORIES

        I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendant Michael Chertoff's Responses to Plaintiffs' First Request for Answers To Interrogatories, was duly served on the following at their last known address:

Served by Hand Delivery:

Michael Jay Green, Esq.                June 7, 2006
Debra A. Kagawa, Esq.
Denise M. Hevicon, Esq.
345 Queen Street, Second Floor
Honolulu, HI 96813


DATED: June 7, 2006, at Honolulu, Hawaii.


                            /s/ Myra Y. Peterson
                            _____