EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

            IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER ) | CIVIL NO. 03-00567 JMS BMK |
| GAHR, FRANK ROBERT PAULSON, ) | |
| CHARLES TURNER, and TOM ) | CERTIFICATE OF SERVICE RE: |
| YOUNG, ) | DEFENDANT MICHAEL CHERTOFF'S |
| ) | RESPONSES TO PLAINTIFFS' FIRST |
| Plaintiffs, ) | REQUEST FOR ANSWERS TO |
| ) | PRODUCTION OF DOCUMENTS AND/OR |
| vs. ) | THINGS |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      CERTIFICATE OF SERVICE RE: DEFENDANT MICHAEL CHERTOFF'S
        RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS
              TO PRODUCTION OF DOCUMENTS AND/OR THINGS

        I HEREBY CERTIFY that, on the date and by the method of

service noted below, a true and correct copy of Defendant Michael

Chertoff's Responses to Plaintiffs' First Request for Answers

To Production of Documents And/or Things, was duly served on the

following at their last known address:

Served by Hand Delivery:

Michael Jay Green, Esq.                    June 7, 2006
Debra A. Kagawa, Esq.
Denise M. Hevicon, Esq.
345 Queen Street, Second Floor
Honolulu, HI 96813


DATED: June 7, 2006, at Honolulu, Hawaii.


                         /s/ Myra Y. Peterson
                         _____