ORIGINAL

MICHAEL JAY GREEN  4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DEBRA A. KAGAWA  6169
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

DENISE HEVICON  7428
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336

EVE GREEN  5550
58 Central Avenue
Wailuku, Hawaii  96793
Telephone:  (808) 249-2474

Attorneys for Plaintiffs
LUCAS BRUNO III, CHRISTOPHER GAHR,
FRANK ROBERT PAULSON, CHARLES
TURNER, and TOM YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2006

at 1 o'clock and 40 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, | ) CIVIL NO. 03-00567 DAE/BMK<br>)<br>) CERTIFICATE OF SERVICE RE:<br>) NOTICE OF TAKING<br>) DEPOSITION UPON ORAL<br>) EXAMINATION<br>)<br>) (Patti Igarashi)<br>)<br>) Trial Date: August 1, 2006 |

```
DEPARTMENT OF HOMELAND    )
SECURITY,                 )
                          )
         Defendant.       )
                          )
                          )
                          )
                          )
                          )
_____)
```

## CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of Plaintiffs' Notice of Taking Deposition Upon Oral Examination will be duly served upon the following by means of hand delivery or by depositing same in the United States Mail, postage prepaid, to his list known address on the date indicated below:

> THOMAS A. HELPER, ESQ.
> Office of the United States Attorney
> PJKK Federal Building
> 300 Ala Moana Blvd., Rm. 6100
> Honolulu, Hawaii 96850
>     Attorney for Defendant

DATED: Honolulu, Hawaii, June 13, 2006.

/s/ Denise M. Hevicon

MICHAEL JAY GREEN
DEBRA A. KAGAWA
DENISE HEVICON
EVE GREEN
Attorneys for Plaintiffs