IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>             Plaintiffs,<br><br>    vs.<br><br>MICHAEL CHERTOFF, DEPARTMENT OF HOMELAND SECURITY,<br><br>             Defendant. | CIVIL NO. 03-00567 DAE/BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I Hereby certify that a copy of the foregoing documents named above were served upon the party(ies) listed below via hand delivery or U.S. Mail, postage prepaid at the addresses indicated on June 19, 2006

14

THOMAS A. HELPER, ESQ.
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6100
Honolulu, Hawaii 96850

Attorneys for Defendant
MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND
SECURITY

DATED: Honolulu, Hawaii, June 19, 2006.

*/s/ Denise M. Hevicon*
MICHAEL JAY GREEN
DEBRA A. KAGAWA
DENISE M. HEVICON
EVE M. GREEN

15