EXHIBIT LIST
Bruno, et al. v. Chertoff, et al.; Civil No. 03-00567

| | |
|---|---|
| 1 | Official Personnel File for Lucas Bruno, III |
| 2 | Official Personnel File for Christopher Gahr |
| 3 | Official Personnel File for Charles Turner |
| 4 | Official Personnel File for Tom Young |
| 5 | Office of Civil Rights Investigative Reports of Plaintiffs' respective Complaint of Discrimination |
| 6 | Investigations regarding each Plaintiff conducted by TSA |
| 7 | TSA "Orientation" Handbook, Transportation Security Screener 10/9/02 |
| 8 | Federal Employees Retirement System Handbook |
| 9 | Frequently Asked Questions About Retirement |
| 10 | Resume of Lucas Bruno with attachments |
| 11 | Notice of Unemployment Insurance Division (Lucas Bruno) |
| 12 | Letter dated 2/3/03 to Luke Bruno from Arlene F. Ashton, EEO Counselor, Internal Programs Division, TSA |
| 13 | Office of Civil Rights, Notice of Rights and Responsibilities (Lucas Bruno) |
| 14 | Letter dated 2/10/03 to Arleen Ashton, Office of Civil Rights, TSA re: Termination during probationary period letter dated 12/9/02, with Attachments 1-6 (RE: Lucas Bruno) |
| 15 | Letter dated 2/13/03 to Luke Bruno from Arlene F. Ashton, EEO Counselor, Internal Programs Division, TSA, with enclosure |
| 16 | Letter dated 3/14/03 to U.S. Department of Transportation, Departmental Office of Civil Rights from Lucas Bruno, III. |
| 17 | Memo dated 4/8/03 to Adriene Arnold, Regional Director, San Francisco Regional Office from Arlene Ashton, EEO Counselor, Internal Programs Division (TSA-6) with EEO Counselor's Report RE: Lucas Bruno attached. |
| 18 | Affidavit of Lucas Bruno (13 pages) |
| 19 | Social Security Statement RE: Lucas Bruno, dated 6/29/05 |
| 20 | Request for Copy of Tax Return (Form 4506) with attachments (Lucas Bruno) |

EXHIBIT "B"

EXHIBIT LIST
<u>Bruno, et al. v. Chertoff, et al.</u>; Civil No. 03-00567

| 21 | Affidavit of Christopher Gahr (2 pages) and Appendix to the Affidavit of Christopher Gahr, Case No. DOT 6-03-6070 (2 pages) |
|----|---|
| 22 | Memo dated 3/19/02 re: Christopher Gahr from U.S. Department of Transportation, Transportation Security Administration re: conditional appointment as a Supervisory Transportation Security Screener, SV-019-G. |
| 23 | Affidavit of Christopher Gahr re: Questions 1 to 16 (9 pages). |
| 24 | Memo dated 10/25/02 to Christopher Gahr from Howard Tagamori RE: Discharge During Probationary Period. |
| 25 | Social Security Statement RE: Christopher E. Gahr, dated June 27, 2005 |
| 26 | Resume of Charles "Chuck" Turner |
| 27 | Affidavit of Charles "Chuck" Turner, August 18, 2003 (11 pages) |
| 28 | Memo dated 2/27/03 to Howard Tagamori from Charles Turner re: Meeting on 2/25/03 |
| 29 | Memo dated 3/3/03 to TSA, Attn: Jack Wagner from Charles Turner |
| 30 | Letter dated 3/5/03 from Office of Civil Rights, TSA, to Charles Turner |
| 31 | Memo dated 3/10/03 to Bobby Au from Charles Turner re: Meeting on 3/7/03 |
| 32 | Letter dated 3/10/03 to TSA Jack Wagner from Charles Turner |
| 33 | Memo dated 3/11/03 to Bobby Au from Charles Turner re: Rebuttal to Allegations |
| 34 | Memo dated 3/24/03 to Charles Turner from Robert Au re: Discharge During Probationary Period. |
| 35 | Formal Complaint of Discrimination in the Federal Government form, dated 4/3/03 (Charles Turner) |
| 36 | Notice of Unemployment Insurance Decision dated 4/8/03 (Charles Turner) |
| 37 | Notice of Right to File from Bernadette Towell, TSA to Charles Turner dated 4/3/03 |
| 38 | Memo to Bobby Au from Charles Turner Re: Attached Doctor's Note |
| 39 | Memo dated 6/30/03 to TSA Attn: Jack Wagner, Deputy Area Director for Western Region (Charles Turner) |
| 40 | Resume of Thomas L. Young |

EXHIBIT "B"

EXHIBIT LIST
<u>Bruno, et al. v. Chertoff, et al.</u>; Civil No. 03-00567

| 41 | Memo dated 11/13/02 to Thomas Young from Howard Tagamori re: Termination During Probationary Period. |
|---|---|
| 42 | Letter dated 11/21/02 to Office of Civil Rights, Attn: Arlene Patel, from Thomas L. Young complaining of workplace discrimination. |
| 43 | Affidavit of Tom Young re: Christopher Gahr (10 pages) |
| 44 | Letter dated 12/20/02 to Thomas Young from Robert Nealy, Deputy Director, ADR/Training |
| 45 | Letter dated 2/25/03 to Thomas Young from Arlene Patel. |
| 46 | Letter dated 3/5/03 to Thomas Young from Arlene Patel |
| 47 | Letter dated 3/15/03 to Office of Civil Rights, Attn: Lois Wilson, from Thomas Young |
| 48 | Formal Complaint of Discrimination in the Federal Government dated 3/24/03 (Thomas Young) |
| 49 | Letter dated 7/9/03 to Thomas Young from Tami Wright, Program Manager |
| 50 | Letter dated 9/18/03 to Tami Wright, Program Manager, U.S. Department of Transportation (Thomas Young) |
| 51 | Social Security Statement re: Thomas Young - June 17, 2004 |
| 52 | Tax returns 1997, 1999, 2000, 2001, 2002, 2003, 2004. (Thomas Young) |
| 53 | Second Amended Complaint, filed 10/20/04 |
| 54 | Plaintiff Lucas Bruno III's Response to Defendant's First Request for Answers to Interrogatories and First Request for POD to Plaintiffs, dated 12/28/05 |
| 55 | Plaintiff Tom Young's Response to Defendant's First Request for Answers to Interrogatories and First Request for POD to Plaintiffs, dated 12/28/05 |
| 56 | Plaintiff Christopher Gahr's Response to Defendant's First Request for Answers to Interrogatories and First Request for POD to Plaintiffs, dated 1/3/06 |
| 57 | Plaintiff Charles Turner's Response to Defendant's First Request for Answers to Interrogatories and First Request for POD to Plaintiffs, dated 1/6/06 |
| 58 | Plaintiff Christopher Gahr's Response to Defendant's First Request for Answers to Interrogatories and First Request for POD to Plaintiffs, dated 4/21/06 |

EXHIBIT "B"

EXHIBIT LIST
<u>Bruno, et al. v. Chertoff, et al.</u>; Civil No. 03-00567

| 59 | Plaintiffs' First Request for POD and/or Things to Defendant Michael Chertoff, Secretary Department of Homeland Security, dated 4/28/06 |
|---|---|
| 60 | Plaintiffs' First Request for Answers to Interrogatories to Defendant Michael Chertoff, Secretary Department of Homeland Security, dated 5/2/06 |
| 61 | Plaintiffs' Second Request for POD and/or Things to Defendant Michael Chertoff, Secretary Department of Homeland Security, dated 5/2/06 |
| 62 | Plaintiffs' Second Request for Answers to Interrogatories to Defendant Michael Chertoff, Secretary Department of Homeland Security, dated 5/11/06 |
| 63 | Plaintiffs' Third Request for POD and/or Things to Defendant Michael Chertoff, Secretary Department of Homeland Security, dated 5/11/06 |
| 64 | Defendant Michael Chertoff's Responses to Plaintiffs' First Request for Answers to POD and/or Things, dated 6/7/06 |
| 65 | Defendant Michael Chertoff's Responses to Plaintiffs' First Request for Answers to Interrogatories, dated 6/7/06 |
| 66 | Defendant Michael Chertoff's Responses to Plaintiffs' Second Request for Answers to POD and/or Things, dated 6/7/06 |
| 67 | Defendant Michael Chertoff's Responses to Plaintiffs' Second Request for Answers to Interrogatories, dated 6/7/06 |
| 68 | Defendant Michael Chertoff's Responses to Plaintiffs' Third Request for Answers to POD and/or Things, dated 6/7/06 |
| 69 | Termination Notice (and attachments) for Shelly Ann Hee, dated October 2, 2003 (12 pages) |
| 70 | Termination Notice (and attachments) for Patti Igarashi, dated September 30, 2003 (5 pages) |
| 71 | Notice of Suspension (and attachments) for Joslin Kristie, dated April 23, 2003 (15 pages) |
| 72 | Termination Notice (and attachments) for Lizabeth Masuda, dated July 1, 2003 (9 pages) |
| 73 | Termination Notice (and attachments) for Deborah Pike, dated June 23, 2003 (22 pages) |

EXHIBIT "B"

EXHIBIT LIST
<u>Bruno, et al. v. Chertoff, et al.</u>; Civil No. 03-00567

| | |
|---|---|
| 74 | Termination Notice (and attachments) for David Souza, dated October 3, 2003 (9 pages) |
| 75 | Termination Notice (and attachments) for Bonnie Tanner, dated August 1, 2003 (29 pages) |
| 76 | Termination Notice (and attachments) for Marty Swajka, dated October 29, 2003 (11 pages) |
| 77 | Screener Charles Allen's Write-ups by Patti Igarashi (14 pages) |
| 78 | Screener Susan Bos' write-up by Patti Igarashi (1 page) |
| 79 | Screener ShellyAnn Hee's write-ups by Patti Igarashi (17 pages) |
| 80 | Screener Kristie K. Joslin's write-ups by Patti Igarashi (27 pages) |
| 81 | Memo to Patrick Collins from Patti Igarashi RE: Jana Kaupu-Hanks, dated June 2, 2003 (2 pages) |
| 82 | Memo RE: Amanda LaGoy's swap requests, dated March 18, 2003 |
| 83 | Lead Screener Lizabeth Masuda's write-ups by Patti Igarashi (8 pages) |
| 84 | Screener John Nawara's write-up by Patti Igarashi (1 page) |
| 85 | Screener Garrett Nishida's write-ups by Patti Igarashi (8 pages) |
| 86 | Screener Deborah Pike's write-ups by Patti Igarashi (3 pages) |
| 87 | Supervisor Ann Werstler's write-ups by Patti Igarashi (11 pages) |
| 88 | Screener Bonnie Tanner's write-ups by Patti Igarashi (37 pages) |
| 89 | Screener Pamela Wilson's write-up by Patti Igarashi (1 page) |
| 90 | Any and all documents produced pursuant to Defendant Michael Chertoff's Responses to Plaintiffs' First Request for Answers to POD and/or Things, dated 6/7/06 |
| 91 | Any and all documents produced pursuant to Defendant Michael Chertoff's Responses to Plaintiffs' Second Request for Answers to POD and/or Things, dated 6/7/06 |

EXHIBIT "B"

EXHIBIT LIST
<u>Bruno, et al. v. Chertoff, et al.</u>; Civil No. 03-00567

| | |
|---|---|
| 92 | Any and all documents produced pursuant to Defendant Michael Chertoff's Responses to Plaintiffs' Third Request for Answers to POD and/or Things, dated 6/7/06 |
| 93 | Roster(s) of TSA Maui Employees (51 pages) |
| | |
| | |
| | |
| | |
| | |

EXHIBIT "B"