# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno, III, et al. V. Robert "Bobby" Au, et al. |
| ATTYS FOR PLA: | Michael Jay Green, Debra A. Kagawa, Denise Hevicon |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 06/22/2006 | TIME: | 9:30 - 10:15 |

COURT ACTION:  EP: Settlement Conference held.
Further Settlement Conference set for 6-23-06 @ 8:30 a.m. with the defendants and 1:30 p.m. will all parties.

Notified: Debra Kagawa, Denise Hevicon, Thomas Helper

Submitted by Richlyn W. Young, courtroom manager

Submitted by Richlyn W. Young, courtroom manager