# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00567JMS-BMK

CASE NAME:        Bruno v. Au

ATTYS FOR PLA:    Michael Jay Green, Denise Hevicon

ATTYS FOR DEFT:   Thomas A. Helper

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 6/23/2006 | TIME: | 8:30 - 9<br>1:3l - 2:15 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn Young, Courtroom Manager