# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 03-00567JMS-BMK

CASE NAME:      Lucas Bruno v. Robert "Bobby" Au, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:

DATE:     06/29/2006               TIME:

COURT ACTION: EO: New dates given.  Court to prepare an amended order.

1.   Jury trial on August 8, 2006 at 9:00 a.m. before JMS
2.
3.
4.
5.
6.
7.
8a.  File Motions in Limine by July 18, 2006
8b.  File opposition memo to a Motion in Limine by July 25, 2006
11a.
11b.
12.
13.
14.
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by July 25, 2006
21.  File Final witness list by July 18, 2006
24.  Exchange Exhibit and Demonstrative aids by July 11, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 18, 2006
26.  File objections to the Exhibits by July 25, 2006
28a. File Deposition Excerpt Designations by July 18, 2006

28b.   File Deposition Counter Designations and Objections by July 25, 2006
29.    File Trial Brief by July 25, 2006
30.

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CV 03-00567JMS-BMK;
Lucas Bruno v. Robert "Bobby" Au, et al.;
Rule 16 Scheduling Conference Minutes
06/29/2006