# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/07/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno, III v. Robert Au, et al. |
| ATTYS FOR PLA: | Michael J. Green, Debra A. Kagawa, Denise Hevicon |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 07/07/2006 | TIME: | 11 - 11:15 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time. Further settlement on call.

Submitted by Richlyn Young, Courtroom Manager