UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK
OFFICIAL BUSINESS

PRESORTED
FIRST CLASS

U.S. POSTAGE
0.608
PB METER 7045457

CM/ECF

GREE058
FORWARD TIME EXP RTN TO SEND
LAW OFFICE OF EVE M GREEN
24 N CHURCH ST STE 409
WAILUKU HI 96793-1608

EVE M. GREEN
LAW OFFICE OF EVE M GREEN
58 CENTRAL AVE
WAILUKU, HI 96793

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 11 2006
DISTRICT OF HAWAII