# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00567JMS-BMK

CASE NAME:        Bruno v. Au

ATTYS FOR PLA:    Debra A. Kagawa, Denise Hevicon

ATTYS FOR DEFT:   Thomas A. Helper

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 07/14/2006 | TIME: | 11 - 11:55 |

COURT ACTION:  EP: Status Conference Re Settlement held.

Submitted by Richlyn W. Young, courtroom manager