ORIGINAL

EVE M. GREEN, ESQ.      5550
24 N. Church Street, Suite 409
Wailuku, Maui, Hawaii 96793
Telephone: (808) 242-4049
Facsimile (808) 244-4021



RECEIVED
JUL 2 8 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 2 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT "Bobby" AU, et al.,<br><br>Defendants | CIVIL NO. CV 03-00567 JMS-BMK<br>(Other Non-motor vehicle tort)<br><br>NOTICE OF CHANGE OF ADDRESS |

## NOTICE OF CHANGE OF ADDRESS

EVE M. GREEN, one of the Attorneys for Plaintiffs herein, hereby notifies the Court and all parties herein, of a change of address. Effective immediately, the new address is:

EVE M. GREEN, ESQ.
24 N. Church Street, Suite 409
Wailuku, Maui, Hawaii 96793
Tel: (808) 242-4049
Fax: (808) 244-4021

DATED:   Wailuku, Maui, Hawaii, July 27, 2006.

_____
EVE M. GREEN, ESQ.

One of the Attorneys for Plaintiffs

IN THE UNTIED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ROBERT "Bobby" AU, et al.,<br><br>　　　　　Defendants | CIVIL NO. CV 03-00567 JMS-BMK<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on July 27, 2006, upon the following party, by depositing same in the U.S. Mail, postage prepaid, at her last known address:

THOMAS A. HELPER, ESQ.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-6100

Attorney for Defendants.

DATED:   Wailuku, Maui, Hawaii July 27, 2006.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EVE M. GREEN, ESQ.

　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiffs

2