```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>              Plaintiffs,<br><br>     vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>              Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANTS' MOTION TO REOPEN DISCOVERY; MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO REOPEN DISCOVERY; DECLARATION OF THOMAS A. HELPER; EXHIBITS A-C; CERTIFICATE OF SERVICE |

DEFENDANTS' MOTION TO REOPEN DISCOVERY

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, defendants hereby move this court to reopen discovery on the narrow issue of the authority plaintiffs Gahr and Bruno granted

to their attorneys to settle this action.  The grounds for this motion are set forth in the attached memorandum in support.

    DATED:  Honolulu, Hawaii, August 3, 2006.

                                           EDWARD H. KUBO, JR.
                                           United States Attorney
                                           District of Hawaii

                                         By /s/ Thomas A. Helper
                                              THOMAS A. HELPER
                                             United States Attorney

                                         Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER ) <br> GAHR, FRANK ROBERT PAULSON, ) <br> CHARLES TURNER, and TOM ) <br> YOUNG, ) <br> ) <br>            Plaintiffs, ) <br> ) <br>   vs. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br>            Defendant. ) <br> _____) | CIVIL NO. 03-00567 JMS BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and exact copy of the foregoing document was served on the following at their last known address:

    Served by First Class mail:        August 3, 2006

        Michael Jay Green, Esq.
        Debra A. Kagawa, Esq.
        Denise M. Hevicon, Esq.
        345 Queen Street, Second Floor
        Honolulu, HI 96813

    DATED:  Honolulu, Hawaii, August 3, 2006.

                                                    /s/ Coleen Tasaka-Shoda