## Helper, Tom (USAHI)

| | |
|---|---|
| **From:** | Helper, Tom (USAHI) |
| **Sent:** | Tuesday, July 11, 2006 10:05 AM |
| **To:** | 'Barry_Kurren@hid.uscourts.gov' |
| **Cc:** | 'michaeljgreen@hawaii.rr.com' |
| **Subject:** | RE: Bruno settlement |
| **Importance:** | High |

Judge Kurren

Mike Green and I have agreed to settle this case for $335,000. I have received authority from the agency and from the US Attorney for this figure, so there are no more approvals necessary on my end. I will prepare the standard settlement documents and forward them to Mike by the end of the week. I would ask that the trial schedule be vacated, and that the usual status conference regarding settlement be set 8 weeks down the road.

This settlement is due in no part to your efforts with both sides over the past few weeks and months. I know Mike shares my appreciation for your help. Please let me know if you need more information on this.

*Thomas A. Helper*
Assistant U.S. Attorney
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
(808) 440-9293
(808) 541-3752 (fax)


cc: Mike Green

**EXHIBIT "A"**