**Helper, Tom (USAHI)**

---

**From:** Denise Hevicon [mailto:dhsangster@hawaii.rr.com]
**Sent:** Thursday, July 13, 2006 1:08 PM
**To:** barry_kurren@hid.uscourts.gov
**Cc:** Helper, Tom (USAHI); Green, Michael Jay; Kagawa (E-mail), Debra A.
**Subject:** Bruno v. Chertoff - Christopher Gahr

Dear Judge Kurren,

We have encountered a problem with one of the Plaintiffs (Christopher Gahr). He no longer wishes to settle the case for simply a monetary amount - he is requesting items such as having his records purged, having the court issue an order clearing his credit report, having TSA prepare a certificate naming him Employee of the Year for 2003 and on and on. He has told Michael that he wants him off the case and to no longer represent him. Tom Helper has been informed of the problem by phone and by being cc'd this email.

Lucas Bruno has also requested that his personnel files be purged of his write-ups and termination. Mr. Helper is looking into this.

I am notifying the court of this problem and seeking some assistance with these matters.

Denise M. Hevicon

**EXHIBIT "B"**

8/2/2006