# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno, III, et al. V. Robert "Bobby" Au, et al. |
| ATTYS FOR PLA: | Michael Jay Green, Debra A. Kagawa, Denise Hevicon, Lucas Bruno, III, Christopher Gahr |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 08/10/2006 | TIME: | 9:06 - 9:31 |

COURT ACTION:  EP: Status Conference, Defendants' Motion to Reopen Discovery [92], and Motion to Withdraw as Counsel for Lucas Bruno, III and Christopher Gahr [96] -

Motion to Withdraw as Counsel for Lucas Bruno, III and Christopher Gahr [96] GRANTED as to Christopher Gahr.  Mr. Green will remain as counsel for Lucas Bruno, III.  Green to prepare order.

Defendants' Motion to Reopen Discovery [92] - hearing continued to 8-17-06 @ 9 a.m., BMK.

Status Conference held. Further conference to determine discovery and deadline schedule with Christopher Gahr's new counsel set for 8-17-06 @ 9 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager