# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno III, et al v. Robert "Bobby" Au, et al. |
| ATTYS FOR PLA: | Michael Jay Green, Debra A. Kagawa, Denise Hevicon, Christopher Gahr by phone |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 08/17/2006 | TIME: | 10:29 - 10:37 |

COURT ACTION:  EP: Defendants Motion to Reopen Discover [92] - GRANTED. Discovery permitted to take place over the next 30 days for the limited purpose of determining whether there was a settlement and authority for a settlement on behalf of the defendants.  Helper to prepare order.

Further Status Conference Re Discovery set for 9/28/2006 @ 9 a.m., BMK.

Mr. Gahr to notify his new counsel.

Submitted by Richlyn Young, Courtroom Manager