```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant.<br>_____ | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S NOTICE OF TAKING VIDEO TELE-CONFERENCE DEPOSITION<br><br>**(Christopher Gahr 09/25/06)** |

CERTIFICATE OF SERVICE RE:
<u>DEFENDANT'S NOTICE OF TAKING VIDEO TELE-CONFERENCE DEPOSITION</u>

　　　I HEREBY CERTIFY that, on the date and by the method of services noted below, a true and correct copy of Defendant's Notice of Taking Video Tele-Conference Deposition, was duly served on the following at their last known addresses:

<u>Served by Hand-Delivery</u>

Michael Jay Green, Esq.                September 20, 2006
Debra A. Kagawa, Esq.
Denise M. Hevicon, Esq.
345 Queen Street, Second Floor
Honolulu, HI 96813

<u>Served by Facsimile and First-Class Mail</u>

Eve M. Green, Esq.                     September 20, 2006
24 N. Church Street, Suite 409
Wailuku, HI 96793

    Attorneys for Plaintiffs

<u>Served by First-Class Mail and E-mail</u>

Christopher Gahr                       September 20, 2006
700 E Washington, #81
Colton, CA  92324

    Plaintiff Pro Se

DATED: September 20, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                  /s/ Thomas A. Helper
                            By_____
                              THOMAS A. HELPER
                              Assistant U.S. Attorney

                              Attorneys for Defendant