# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno, III, et al. v. Robert "Bobby" Au, et al. |
| ATTYS FOR PLA: | Michael J. Green, Denise Hevicon, Christopher Gahr by phone |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/31/2006 | TIME: | 9:14 - 9:30 |

COURT ACTION:  EP: Further Status Conference Re Discovery - settlement agreement has been reached with all plaintiffs, except Christopher Gahr.  Helper to prepare settlement documents forthwith.

Further Settlement Conference and Rescheduling Conference with Christopher Gahr and Thomas A. Helper is set for 11/13/2006 @ 10 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager