MICHAEL JAY GREEN  4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
E-Mail:  michaeljgreen@hawaii.rr.com

DEBRA A. KAGAWA  6169
888 Mililani Street, Suite 501-A
Honolulu, Hawaii  96813
Telephone:  (808) 535-0363

DENISE M. HEVICON  7428
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
E-Mail: dhsangster@hawaii.rr.com

EVE GREEN  5550
24 N. Church Street, Suite 409
Wailuku, Hawaii 96793
Telephone: (808) 242-4049
Facsimile: (808) 244-4021
E-mail: greenlaw@maui.net

Attorneys for Plaintiffs
LUCAS BRUNO III,
CHARLES TURNER, and TOM YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 01 2006

at __ o'clock and __ min __
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL CHERTOFF, DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) CIVIL NO. 03-00567 JMS/BMK <br> ) <br> ) NOTICE OF ATTORNEYS' <br> ) LIEN; CERTIFICATE OF <br> ) SERVICE |

## NOTICE OF ATTORNEYS' LIEN

TO:  THOMAS A. HELPER, ESQ.
      Office of the United States Attorney
      PJKK Federal Building
      300 Ala Moana Blvd., Rm. 6100
      Honolulu, Hawaii  96850

      Attorney for Defendant
      MICHAEL CHERTOFF,
      DEPARTMENT OF HOMELAND SECURITY

CHRISTOPHER E. GAHR
700 E. Washington St. SPC 81
Colton, CA 92324

Plaintiff *Pro Se*

NOTICE IS HEREBY GIVEN that Michael Jay Green, Esq., Debra A. Kagawa, Esq. and Denise M. Hevicon, Esq. hereby claim a lien for legal services and costs rendered to Plaintiff Christopher Gahr by reason of any claim or action in this action.

All parties, their insurers and their attorneys are hereby given notice that Michael Jay Green, Esq., Debra A. Kagawa, Esq. and Denise M. Hevicon, Esq. intend to assert this lien on any judgment, settlement or recovery obtained by any party hereto for fees, general excise tax thereon and costs advanced, together with interest, costs and expenses incurred in establishing this lien.

DATED: Honolulu, Hawaii, November 1, 2006.

_____
MICHAEL JAY GREEN
DEBRA A. KAGAWA
DENISE M. HEVICON
EVE M. GREEN

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG, <br><br>  Plaintiffs, <br><br> vs. <br><br> MICHAEL CHERTOFF, DEPARTMENT OF HOMELAND SECURITY, <br><br>  Defendant. | ) CIVIL NO. 03-00567 JMS/BMK <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATE OF SERVICE**

I Hereby certify that a copy of the foregoing documents named above were served upon the party(ies) listed below via hand delivery or U.S. Mail, postage prepaid at the addresses indicated on

THOMAS A. HELPER, ESQ.
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6100
Honolulu, Hawaii 96850

Attorneys for Defendant
MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND
SECURITY

CHRISTOPHER E. GAHR
700 E. Washington St. SPC 81
Colton, CA 92324

Plaintiff *Pro Se*

    DATED: Honolulu, Hawaii, November 1, 2006.

                                      _____
                                      MICHAEL JAY GREEN
                                      DEBRA A. KAGAWA
                                      DENISE M. HEVICON
                                      EVE M. GREEN