# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno, III, et al. Vs. Robert "Bobby" Au, et al. |
| ATTYS FOR PLA: | Christopher Gahr |
| ATTYS FOR DEFT: | Thomas Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | None |
| DATE: | 11/13/2006 | TIME: | 10:01am-l0:11am |

COURT ACTION:  EP: Further Settlement Conference and Rescheduling Conference-Plaintiff's Counsel-Christopher Gahr participated by Phone.

Further Settlement Conference-Court and Counsel discussed Settlement.  No Settlement at this time.

Rescheduling Conference-

Jury trial on February 13, 2007 at 9:00 a.m. before JMS
Final Pretrial Conference on January 2, 2007 at 9:00 a.m. before BMK
Final Pretrial Statement by December 26, 2006
File Motions in Limine by January 23, 2007
File opposition memo to a Motion in Limine by January 30, 2007
Discovery deadline-Counsel are working out the loose ends on concluding Discovery
Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 30, 2007
File Final witness list by January 23, 2007
Exchange Exhibit and Demonstrative aids by January 16, 2007
Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 23, 2007
File objections to the Exhibits by January 30, 2007
File Deposition Excerpt Designations by January 23, 2007
File Deposition Counter Designations and Objections by January 30, 2007

File Trial Brief by January 30, 2007

Submitted by Leslie L. Sai, Courtroom Manager