```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>AMENDED CERTIFICATE OF SERVICE RE: DEFENDANT'S FINAL PRETRIAL STATEMENT |

AMENDED CERTIFICATE OF SERVICE RE:
DEFENDANT'S FINAL PRETRIAL STATEMENT

I HEREBY CERTIFY that, on the date and by the method of services noted below, a true and correct copy of Defendant's Final Pretrial Statement, was duly served on the following at their last known addresses:

<u>Served by First-Class Mail and E-mail</u>

Christopher Gahr                    January 4, 2007
700 E Washington, #81
Colton, CA  92324

chrisgahr@aol.com

    Plaintiff Pro Se

DATED: January 4, 2007, at Honolulu, Hawaii.

                                 EDWARD H. KUBO, JR.
                                 United States Attorney
                                 District of Hawaii

                                    /s/ Thomas A. Helper
                               By_____
                                 THOMAS A. HELPER
                                 Assistant U.S. Attorney

                                 Attorneys for Defendant