# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/04/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno, III, et al. v. Robert "Bobby" Au, et al. |
| ATTYS FOR PLA: | Michael J. Green |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 01/04/2007 | TIME: | 10:45 - 10:50 |

COURT ACTION: EP: Final Pretrial Conference continued to 1/5/2007 @ 11 a.m. before Magistrate Judge Barry M. Kurren.

Notified: Christopher Gahr via email and left message with Christian Gahr

Submitted by Richlyn W. Young, courtroom manager