# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/05/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Lucas Bruno, III, et al. v. Robert "Bobby" Au, et al. |
| ATTYS FOR PLA: | Christopher Gahr, pro se by phone |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 01/05/2007 | TIME: | 11 - 11:10 |

COURT ACTION:  EP: Final Pretrial Conference held.
Christopher Gahr's Oral Motion to Continue the Trial for 6 Months DENIED.
Gahr advised to file a written motion by 1/10/2007.

Further Final Pretrial Conference set for 1/12/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.
Gahr to file Final Pretrial Statements by 1/10/2007.

Gahr reminded of upcoming deadlines.

Submitted by Richlyn Young, Courtroom Manager