IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DECLARATION OF<br>THOMAS A. HELPER |

DECLARATION OF THOMAS A. HELPER

      I, THOMAS A. HELPER, declare that:

      1.  I am an Assistant United States Attorney for the District of Hawaii, and I am the attorney representing defendant in the above-entitled action. I have personal knowledge of the facts set out herein, and I am authorized to make this declaration.

      2.  In the course of my representation of defendant in this matter, I have attended all the status, discovery and scheduling conferences in this matter. The assertions in the Statement of Facts in Defendant's Memorandum in Opposition to Plaintiff Christopher Gahr's Motion for Continuance of Trial are

based on my personal observation of what occurred at those conferences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2007, at Honolulu, Hawaii.

/s/ Thomas A. Helper
_____
THOMAS A. HELPER