# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 030-00567JMS-BMK

CASE NAME:       Lucas Bruno, III, et al. V. Robert "Bobby" Au, et al.

ATTYS FOR PLA:   Michael J. Green, Denise Hevicon, Christopher Gahr by phone

ATTYS FOR DEFT:  Thoams A. Helper

INTERPRETER:

JUDGE:   Barry M. Kurren        REPORTER:   C6F

DATE:    01/12/2007             TIME:       9:08 - 9:50

COURT ACTION:  EP: As to Plaintiff Christopher Gahr:
[116] Plaintiff Christopher Gahr's Motion for Continuance (9:08 - 9:30) - DENIED.  Jury Selection/Trial to remain on the 2/13/2007 calendar.  Helper to prepare order to include notifying Mr. Gahr of his right to appeal.
Final Pretrial Conference held.  Gahr reminded to follow the pretrial deadlines.

As to Lucas Bruno, III:
Status Conference Re Settlement (9:32 - 9:50) - Mr. Bruno participated by phone.  Per Bruno, settlement documents will be signed asap.

cc: Dottie Miwa

Submitted by Richlyn Young, Courtroom Manager