EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>      Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT'S STATEMENT REGARDING EXHIBITS, AND NOTICE OF SUBMISSION OF EXHIBIT LIST; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br>Trial: February 13, 2007<br>Judge: Hon. J. Michael<br>       Seabright |

DEFENDANT'S STATEMENT REGARDING
EXHIBITS, AND NOTICE OF SUBMISSION OF EXHIBIT LIST

    This court's November 13, 2006 pretrial order required the parties to exchange exhibits and demonstrative aids by January 16, 2007, and to file stipulations regarding the authenticity and admissibility of proposed exhibits by January 30, 2007.  On January 23, 2006, counsel for defendant sent defendant's exhibits to plaintiff Gahr via email, with a

cover request that Gahr review the exhibits and get back to defendant's counsel later in the week.  Gahr has not responded to this email, nor has he submitted his own exhibits to defense counsel.  Accordingly, defendant submits his exhibit list, attached hereto as Exhibit "A".

      DATED:   January 23, 2007, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                              /s/ Thomas A. Helper
                      By _____
                        THOMAS A. HELPER
                        Assistant U.S. Attorney

                        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>            Plaintiffs,<br><br>   vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First-Class Mail and E-mail

Christopher Gahr                      January 23, 2007
700 E Washington, #81
Colton, CA  92324

chrisgahr@aol.com

    Plaintiff Pro Se

DATED:  January 23, 2007, at Honolulu, Hawaii.

/s/ Coleen Tasaka-Shoda
_____