# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LUCAS BRUNO III, et al.                    DEFENDANT'S EXHIBIT LIST

     vs.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security            CIVIL NO. 03-00567 JMS BMK


PRESIDING JUDGE:        PLAINTIFF'S ATTORNEY:      DEFENDANT'S ATTORNEY:
Hon. J. Michael         Pro Se                     Thomas A. Helper
Seabright


TRIAL DATE:
February 13, 2007


| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION |
|---|---|---|
| 100 | | Memorandum from Filbert Carvalho to Lowery Leong, Re: MSF Supervisor, Christopher Gahr dated October 17, 2002 |
| 101 | | Patrick Collins Counseling Form dated October 18, 2002 |
| 102 | | Patrick Collins Counseling Form dated October 19, 2002 |
| 103 | | Patrick Collins Counseling Form dated October 20, 2002 |
| 104 | | Patti Igarashi Counseling Form dated October 20, 2002 |
| 105 | | Email from Chris Gahr to Filbert Carvalho dated October 20, 2002, 4:26 p.m. |
| 106 | | Email from Chris Gahr to Filbert Carvalho dated October 20, 2002, 4:32 p.m. |
| 107 | | Memorandum from Filbert Carvalho to Lisa Baker Re: MSF Supervisor Christopher Gahr dated October 21, 2002 |

| 108 | | Memorandum from Howard Tagamori to Lisa Baker Re: Termination Request/Concurrence dated October 25, 2002 |
|---|---|---|
| 109 | | Letter from Howard Tagamori to Lisa Baker dated October 25, 2002, regarding termination |
| 110 | | Plaintiff Christopher Gahr's Answers to Defendant's Interrogatories |
| 111 | | Affidavit of Christopher Gahr dated July 15, 2003, Exhibit to Report of Investigation by Department of Homeland Security Investigation of Complaint of Christopher Gahr, Complaint No. 7-03-6032 |
| 112 | | Appendix to Affidavit of Christopher Gahr dated August 12, 2003, Exhibit to Report of Investigation by Department of Homeland Security Investigation of Complaint of Christopher Gahr, Complaint No. 7-03-6032 |
| 113 | | Workplace Profile of Kahului Airport |
| 114 | | Christopher Gahr Application for Classified Employment, San Bernardino County School District, from Gahr v. San Bernardino City Joint Unified School District, California Superior Court, San Bernardino County, Case No. SCV 33196 |
| 115 | | Deposition of Christopher Gahr in Gahr v. San Bernardino City Joint Unified School District, California Superior Court, San Bernardino County, Case No. SCV 33196 (to be provided) |
| 116 | | Declaration of Christopher Gahr in Gahr v. San Bernardino City Joint Unified School District, California Superior Court, San Bernardino County, Case No. SCV 33196 (to be provided) |
| 117 | | Documents as necessary for rebuttal or impeachment |