EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>      Plaintiffs,<br><br>   vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING PERSONNEL DECISIONS OTHER THAN PLAINTIFF'S TERMINATION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Trial: February 13, 2007<br>Judge: Hon. J. Michael Seabright |

MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING
PERSONNEL DECISIONS OTHER THAN PLAINTIFF'S TERMINATION

Pursuant to Rules 401 through 403 of the Federal Rules of Evidence, defendant hereby moves this court to exclude evidence that plaintiff may offer regarding personnel decisions other than the decision to terminate him that is the central issue in this case.  The grounds for this motion are set forth in the attached memorandum in support.

DATED: January 23, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

           /s/ Thomas A. Helper
By _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by First-Class Mail and E-mail</u>

Christopher Gahr          January 23, 2007
700 E Washington, #81
Colton, CA  92324

chrisgahr@aol.com

    Plaintiff Pro Se

DATED:  January 23, 2007, at Honolulu, Hawaii.

                                /s/ Coleen Tasaka-Shoda
                                _____