EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT'S MOTION TO DISMISS; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS; DECLARATION OF THOMAS A. HELPER; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Trial: February 13, 2007<br>Judge: Hon. J. Michael Seabright |

DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 41(b), defendant hereby moves this court to dismiss this case for lack of prosecution.  The grounds for this motion are set forth in the attached memorandum in support.

DATED: January 24, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

          /s/ Thomas A. Helper
By _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>           Plaintiffs,<br><br>      vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>           Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

　　　Served by First-Class Mail and E-mail

　　　Christopher Gahr　　　　　　　　January 24, 2007
　　　700 E Washington, #81
　　　Colton, CA  92324

　　　chrisgahr@aol.com

　　　　　Plaintiff Pro Se

　　DATED:  January 24, 2007, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　/s/ Coleen Tasaka-Shoda
　　　　　　　　　　　　　　　　_____