# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/26/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 03-00567JMS-BMK |
| CASE NAME: | Christopher Gahr vs. Secretary Department of Homeland Security |
| ATTYS FOR PLA: | Moises Aviles - telephonically<br>Todd Withy |
| ATTYS FOR DEFT: | Thomas Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 01/26/2007 | TIME: | |

COURT ACTION:  Hearing on Plaintiff's Motion for Pro Hac Vice:

Plaintiff Christopher Gahr - telephonically.

Court signed in Open Court Plaintiff Christopher Gahr's Motion for Appearance of Pro Hac Vice.

Plaintiff's Oral Motion to Continue Trial GRANTED.  Trial continued to April 17, 2007 at 9:00 a.m.

Court VACATED all pretrial dates associated with trial dates.

Motion in Limine and Final Pretrial Conference set for Thursday, February 8, 2007 VACATED.

Magistrate Judge Kurren to prepare new scheduling conference order.

Submitted by:  Dottie Miwa, Courtroom Manager