G. Todd Withy Law Offices
888 Mililani Street, Suite 700
Honolulu, Hawaii 96813
Phone (808) 521-2500

Appearing Specially for Plaintiff
CHRISTOPHER GAHR

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**LODGED**

JAN 26 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil No. 03-00567 JMS/BMK<br><br>PLAINTIFF CHRISTOPHER GAHR'S MOTION FOR APPEARANCE OF PRO HAC VICE; AFFIDAVIT OF MOISES AVILES; AFFIDAVIT OF G. TODD WITHY; ORDER GRANTING PLAINTIFF CHRISTOPHER GAHR'S MOTION FOR APPEARANCE OF PRO HAC VICE<br><br>Trial: February 13, 2007<br>Judge: Hon. J. Michael Seabright |

### PLAINTIFF CHRISTOPHER GAHR'S MOTION
### FOR APPEARANCE OF PRO HAC VICE

Plaintiff CHRISTOPHER GAHR, by and through his attorney, G. Todd Withy, hereby moves this Honorable Court for an order permitting Moises Aviles to appear and participate in the representation of Plaintiff CHRISTOPHER GAHR in the above-entitled action.

This motion is based upon Local Rule 83.1(e), the attached Affidavits of Moises Aviles and G. Todd Withy, and the records and files herein.

DATED: Honolulu, Hawaii, January 26, 2007.

_____
G. TODD WITHY
Appearing Specially for Plaintiff
CHRISTOPHER GAHR