IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY<br><br>Defendants. | CIVIL NO. 03-00567 JMS/BMK<br><br>AFFIDAVIT OF G. TODD WITHY |

### AFFIDAVIT OF G. TODD WITHY

STATE OF HAWAII         )
                                        ) SS.
CITY AND COUNTY OF HONOLULU )

I, G. TODD WITHY, after being duly sworn on oath, deposes and states that:

1. I am an attorney licensed to practice law in the State of Hawaii, and I am making a special appearance as an attorney for Plaintiff CHRISTOPHER GAHR, in this action.

2. I am an active member in good standing of the Bar of the State of Hawaii.

3. That if this motion is granted as requested I will, at all times, participate in the preparation and trial of this action with authority and responsibility to act as one of the attorneys of record for all purposes.

4. That I consent to the designation made herein by counsel applying for appearance *pro hac vice*.

5. That my office address and telephone number is G. Todd Withy, 888 Mililani Street, Suite 700, Honolulu, Hawaii 96813, (808) 521-2500.

FURTHER AFFIANT SAYETH NAUGHT.

_____
G. TODD WITHY

Subscribed and sworn to before me this 25 day of January, 2007.

_____
NOTARY PUBLIC, STATE OF HAWAII
Tina-Ann E. Mandac

My Commission expires on: August 3, 2010

-2-