IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY<br><br>      Defendants. | CIVIL NO. 03-00567 JMS/BMK<br><br>ORDER GRANTING PLAINTIFF CHRISTOPER GAHR'S MOTION FOR APPEARANCE OF PRO HAC VICE |

**ORDER GRANTING PLAINTIFF CHRISTOPHER GAHR'S MOTION FOR APPEARANCE OF PRO HAC VICE**

Plaintiff CHRISTOPHER GAHR, having filed a Motion for Appearance of Pro Hac Vice and good cause appearing therefor,

IT IS HEREBY ORDERED that said Motion for Appearance of Pro Hac Vice is hereby granted, and that Moises Aviles be and is hereby permitted to appear and participate as co-counsel for Plaintiff CHRISTOPHER GAHR in the above-entitled action with G. Todd Withy.

DATED: Honolulu, Hawaii 26th day of January, 2007

_____
JUDGE OF THE ABOVE-ENTITLED COURT