## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served by hand-delivery to the following:

U.S. Attorney's Office
Thomas Helper, Esq.
300 Ala Moana Blvd., #6100
Honolulu, Hawaii 96813

Attorney for Defendant

MICHAEL GREEN, ESQ.
DENISE HEVICON, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorney for Plaintiffs

DATED: Honolulu, Hawaii, January 26, 2007.

_____
G. TODD WITHY
Appearing Specially for Plaintiff
CHRISTOPHER GAHR