ORIGINAL

G. Todd Withy Law Offices
888 Mililani Street, Suite 700
Honolulu, Hawaii 96813
Phone (808) 521-2500

Appearing Specially for Plaintiff
CHRISTOPHER GAHR

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil No. 03-00567 JMS/BMK<br><br>G. TODD WITHY'S NOTICE OF APPEARANCE FOR PLAINTIFF CHRISTOPHER GAHR<br><br><br>Trial:  February 13, 2007<br>Judge:  Hon. J. Michael Seabright |

### G. TODD WITHY'S NOTICE OF APPEARANCE
### FOR PLAINTIFF CHRISTOPHER GAHR

I, G. TODD WITHY, hereby enter my formal appearance as attorney for Plaintiff CHRISTOPHER GAHR in the above-entitled case.

DATED: Honolulu, Hawaii, January 29, 2007

_____
G. TODD WITHY
Attorney for Plaintiff
CHRISTOPHER GAHR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served by U.S. Mail, postage paid to the following:

U.S. Attorney's Office
Thomas Helper, Esq.
300 Ala Moana Blvd., #6100
Honolulu, Hawaii 96813

Attorney for Defendant

MICHAEL GREEN, ESQ.
DENISE HEVICON, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

Attorney for Plaintiffs

DATED: Honolulu, Hawaii, January 29, 2007

_____
G. TODD WITHY
Appearing Specially for Plaintiff
CHRISTOPHER GAHR