# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/15/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00567JMS-BMK |
| CASE NAME: | Christopher Gahr v. Secretary, Department of Homeland Security |
| ATTYS FOR PLA: | Moises Aviles by phone, G. Tood Withy |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 03/15/2007 | TIME: | 10:15 - 10:28 |

COURT ACTION:  EP: Final Pretrial Conference held.  Mr. Aviles advised to make his request to continue the trial before Judge Michael Seabright.

Submitted by Richlyn W. Young, courtroom manager