EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PATRICK COLLINS REGARDING DEROGATORY RACIAL STATEMENTS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Trial: April 17, 2007<br>Judge: J. Michael Seabright |

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY
OF PATRICK COLLINS REGARDING DEROGATORY RACIAL STATEMENTS

Pursuant to Rules 402 and 403 of the Federal Rules of

Evidence, defendant hereby moves this court to exclude from

evidence certain derogatory racial statements made by witness

Patrick Collins.  The grounds for this motion are set forth in the attached memorandum in support.

    DATED:  March 20, 2007, at Honolulu, Hawaii.

                               EDWARD H. KUBO, JR.
                               United States Attorney
                               District of Hawaii

                                   /s/ Thomas A. Helper
                         By _____
                               THOMAS A. HELPER
                               Assistant U.S. Attorney

                               Attorneys for Defendant

```
           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII

LUCAS BRUNO III, CHRISTOPHER )  CIVIL NO. 03-00567 JMS BMK
GAHR, FRANK ROBERT PAULSON,  )
CHARLES TURNER, and TOM      )  CERTIFICATE OF SERVICE
YOUNG,                       )
                             )
          Plaintiffs,        )
                             )
     vs.                     )
                             )
MICHAEL CHERTOFF, Secretary, )
DEPARTMENT OF HOMELAND       )
SECURITY,                    )
                             )
          Defendant.         )
_____)
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class Mail:

Moises A. Aviles                           March 20, 2007
Aviles & Associates
560 N. Arrowhead Ave., Suite 2A
San Bernardino, CA  92401

Served Electronically through CM/ECF:

G. Todd Withy                              March 20, 2007
Withylawcourt@aol.com, withylaw@aol.com

          Attorneys for Plaintiff
          CHRISTOPHER GAHR

DATED:  March 20, 2007, at Honolulu, Hawaii.

                                    /s/ Coleen Tasaka-Shoda
                                    _____