G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 0 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO. 03-00567-JM:BMK<br><br>MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE RELATING TO *GAHR V. SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT* (SAN BERNARDINO SUPERIOR COURT CASE NUMBER SCVSS 33196); AFFIDAVIT OF CHRISTOPHER GAHR.<br><br>Trial Date: Apr. 17, 2007.<br>Judge: The Hon. J. Michael Seabright |

Plaintiff Christopher Gahr hereby moves this court for an order instructing defendant and their counsel not to refer to, interrogate any witness concerning, comment on, or attempt to suggest to the jury in any way the facts regarding the

Motion in Limine-Bruno v. Chertoff - 1

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550

case of *Christopher Gahr v. San Bernardino City Unified School District*, San Bernardino Superior Court Case No. SCVSS 33196.

This motion is made on the grounds that discussion of the earlier *Gahr* case is irrelevant in that said case was settled in Plaintiff's favor, and that the case is dated by the fact that it was heard between 1995 and 2001, relating to events in 1994, making such matters to be irrelevant, and any attempt to convey this information to the jury would be highly improper and prejudicial to Plaintiff, even if the court were to sustain an objection and instruct the jury not to consider such facts.

The motion is based on the Affidavit of Christopher Gahr, the Memorandum of Points and Authorities accompanying this Motion, on the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of this Motion.

Dated this 20th day of March, 2007

By: _____
G. TODD WITHY
(5975)
LAW OFFICES OF G.
TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

Motion in Limine-Bruno v. Chertoff - 2

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Dated this 28th day of March, 2007

By: /s/
MOISES A. AVILES
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Motion in Limine-Bruno v. Chertoff - 3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA, 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com