## AFFIDAVIT OF CHRISTOPHER GAHR.

I, Christopher Gahr, declare that:

1. I am the Plaintiff in the above-entitled action. If I am called to testify, I would competently and truthfully testify under oath.

2. In 1995, I filed the case of *Christopher Gahr v. San Bernardino City Unified School District*, San Bernardino Superior Court Case No. SCVSS 33196. This case related to events between me and the defendants back in 1994 and earlier.

3. In 2001, I signed a settlement agreement agreeing to settle the case. The settlement agreement permits me to only state that the case settled in my favor.

4. I have not filed a false job application with the San Bernardino City Unified School District at any time.

I declare that the foregoing is true and correct, and that this affidavit was executed on March 20, 2007, at San Bernardino, California.

CHRISTOPHER GAHR,
Affiant

My Commission expires : 03/03/2009



ELVIA L. REYES
Commission # 1611006
Notary Public - California
San Bernardino County
My Comm. Expires Oct 3, 2009

Motion in Limine-Bruno v. Chertoff - 8

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com