EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>             Plaintiffs,<br><br>     vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>             Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT'S SECOND STATEMENT REGARDING EXHIBITS AND NOTICE OF SUBMISSION OF DEFENDANT'S AMENDED EXHIBIT LIST AND CERTIFICATE OF SERVICE<br><br><br>Trial: April 24, 2007<br>Judge: J. Michael Seabright |

DEFENDANT'S SECOND STATEMENT
REGARDING EXHIBITS AND NOTICE OF SUBMISSION
OF DEFENDANT'S AMENDED EXHIBIT LIST

Under this court's scheduling order of January 29, 2007, the parties were to exchange trial exhibits by March 20, 2007, and to filed a stipulation regarding the authenticity and relevance of each parties' exhibits by today, March 27, 2007.  This statement will set forth the reasons for the absence of such a stipulation.

On January 16, 2007, pursuant to the court's previous scheduling order, defendant sent his exhibits via email to plaintiff Christopher Gahr, who was then appearing pro se. Gahr did not produce any exhibits, nor did he respond to defense counsel's requests to confer regarding admissibility. See Defendant's Statement Regarding Exhibits and Notice Regarding Submission of Exhibit List, filed January 23, 2006.[1]

Plaintiff subsequently obtained counsel, and the court continued the trial and entered the January 29 Scheduling Order. On March 20, the date set by the Scheduling Order for the parties to exchange exhibits, defense counsel confirmed to plaintiff's new counsel, Moises Aviles, that defendant had already served his exhibits.[2] Also on March 20, defense counsel received a faxed exhibit list from plaintiff's counsel. Plaintiff did not transmit any of his exhibits on that date or subsequently, until today. In the days following March 20, defense counsel left several telephone messages and sent one email to plaintiffs' counsel, requesting copies of those of plaintiff's exhibits that were not already in defendant's possession, and seeking to arrange a telephone conference to discuss stipulations. Plaintiff's counsel has not contacted defense counsel.

---

[1] The January 23 Statement erroneously says that defendant's initial production took place on that date, as opposed to a week earlier.

[2] On Friday, March 24, defendant sent two additional exhibits via email to plaintiff's counsel.

Today at about 12:20 p.m Hawaii time, plaintiff began faxing his exhibits to defense counsel (despite an earlier request from counsel that exhibits be scanned and emailed rather than faxed). Defense counsel is reviewing the documents, but will not be able to complete the review or contact plaintiff's counsel (assuming his availability) by the time court closes today. Therefore, in an effort to comply with the court's scheduling order as much as possible, defendant is filing his own amended exhibit list.

DATED: March 27, 2007, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

                                            /s/ Thomas A. Helper
                                    By _____
                                        THOMAS A. HELPER
                                        Assistant U.S. Attorney

                                        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, <br><br>　　　　　Defendant. | CIVIL NO. 03-00567 JMS BMK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

　　Served by First Class Mail:

　　Moises A. Aviles　　　　　　　　　　　March 27, 2007
　　Aviles & Associates
　　560 N. Arrowhead Ave., Suite 2A
　　San Bernardino, CA  92401

　　Served Electronically through CM/ECF:

　　G. Todd Withy　　　　　　　　　　　　March 27, 2007
　　Withylawcourt@aol.com, withylaw@aol.com

　　　　Attorneys for Plaintiff
　　　　CHRISTOPHER GAHR

　DATED:  March 27, 2007, at Honolulu, Hawaii.

　　　　　　　　　　　　　　/s/ Coleen Tasaka-Shoda
　　　　　　　　　　　　　　_____