EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT'S AMENDED EXHIBIT LIST; CERTIFICATE OF SERVICE<br><br><br><br>Trial: April 24, 2007<br>Judge: J. Michael Seabright |

DEFENDANT'S AMENDED EXHIBIT LIST

Defendant hereby submits its amended exhibit list, attached hereto, in the above-captioned matter.  The defendant reserves the right to amend this exhibit list to include any and all items which may be relevant to this case and have been referenced in the discovery that have already been provided to the plaintiff.

DATED: March 27, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

          /s/ Thomas A. Helper
By _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| LUCAS BRUNO III, et al. | DEFENDANT'S AMENDED EXHIBIT LIST |
|---|---|
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security | CIVIL NO. 03-00567 JMS BMK |

PRESIDING JUDGE:        PLAINTIFF'S ATTORNEY:        DEFENDANT'S ATTORNEY:
Hon. J. Michael         Moses A. Aviles              Thomas A. Helper
Seabright               G. Todd Withy

TRIAL DATE:
April 24, 2007

| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION |
|---|---|---|
| 100 | | Memorandum from Filbert Carvalho to Lowery Leong, Re: MSF Supervisor, Christopher Gahr dated October 17, 2002 |
| 101 | | Patrick Collins Counseling Form dated October 18, 2002 |
| 102 | | Patrick Collins Counseling Form dated October 19, 2002 |
| 103 | | Patrick Collins Counseling Form dated October 20, 2002 |
| 104 | | Patti Igarashi Counseling Form dated October 20, 2002 |
| 105 | | Email from Chris Gahr to Filbert Carvalho dated October 20, 2002, 4:26 p.m. |
| 106 | | Email from Chris Gahr to Filbert Carvalho dated October 20, 2002, 4:32 p.m. |
| 107 | | Memorandum from Filbert Carvalho to Lisa Baker Re: MSF Supervisor Christopher Gahr dated October 21, 2002 |

| 108 | | Memorandum from Howard Tagamori to Lisa Baker Re: Termination Request/Concurrence dated October 25, 2002 |
|---|---|---|
| 109 | | Letter from Howard Tagamori to Lisa Baker dated October 25, 2002, regarding termination |
| 110 | | Plaintiff Christopher Gahr's Answers to Defendant's Interrogatories |
| 111 | | Affidavit of Christopher Gahr dated July 15, 2003, Exhibit to Report of Investigation by Department of Homeland Security Investigation of Complaint of Christopher Gahr, Complaint No. 7-03-6032 |
| 112 | | Appendix to Affidavit of Christopher Gahr dated August 12, 2003, Exhibit to Report of Investigation by Department of Homeland Security Investigation of Complaint of Christopher Gahr, Complaint No. 7-03-6032 |
| 113 | | Workplace Profile of Kahului Airport |
| 114 | | Christopher Gahr Application for Classified Employment, San Bernardino County School District, from <u>Gahr v. San Bernardino City Joint Unified School District</u>, California Superior Court, San Bernardino County, Case No. SCV 33196 |
| 115 | | Deposition of Christopher Gahr in <u>Gahr v. San Bernardino City Joint Unified School District</u>, California Superior Court, San Bernardino County, Case No. SCV 33196 (WITHDRAWN except as necessary for impeachment or rebuttal) |
| 116 | | Declaration of Christopher Gahr in <u>Gahr v. San Bernardino City Joint Unified School District</u>, California Superior Court, San Bernardino County, Case No. SCV 33196 (WITHDRAWN except as necessary for impeachment or rebuttal) |
| 117 | | Screening Manager's Log Book for 2002 |

| 117A | | Page 12 from Screening Manager's Log Book for 2002 |
|---|---|---|
| 118 | | Shift Summary Report for October 18, 2002 |

DATED: March 27, 2007, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii

          /s/ Thomas A. Helper
By _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

    Served by First Class Mail:

    Moises A. Aviles                              March 27, 2007
    Aviles & Associates
    560 N. Arrowhead Ave., Suite 2A
    San Bernardino, CA  92401

    Served Electronically through CM/ECF:

    G. Todd Withy                                   March 27, 2007
    Withylawcourt@aol.com, withylaw@aol.com

        Attorneys for Plaintiff
        CHRISTOPHER GAHR

DATED:  March 27, 2007, at Honolulu, Hawaii.

                                                  /s/ Coleen Tasaka-Shoda
                                                  _____