ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

# UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | CIVIL NO. 03-00567-JM:BMK <br><br> STATEMENT DESIGNATING DEPOSITION TESTIMONY. <br><br> Trial Date: Apr. 17, 2007. <br> Judge: The Hon. J. Michael Seabright |

### I.  Deposition of Lucas Bruno III-February 9, 2006.

a. 46:1-13.

b. 53:9-25.

c. 56:22-57:5.

Statement Designating Deposition Excerpts -Bruno v. Chertoff - 1

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Mar 27 07 04:34p   MOISES A. AVILES   (909) 383-9550   p.1

d. 67:10-68:22.

e. 74:17-75:3

f. 77:2-78:15

g. 84:11-85:11

## II. Deposition of Thomas Young, March 15, 2006

a. 23:14-24:5

b. 27:8-29:2

c. 29:14-33:18

d. 44:12-49:6

e. 50:14-50:25

f. 52:11-53:17

g. 58:13-59:16

h. 63:16-64:23

i. 66:22-67:5

j. 73:11-73:15

k. 76:1-79:11

l. 79:24-83:4

m. 93:2-95:13

n. 97:10-97:18

o. 101:3-102:21

p. 108:22-110:21

q. 115:13-118:7

r. 118:8-121:7

s. 122:17-125:13

t. 145:17-150:12

Statement Designating Deposition Excerpts -Bruno v.

Chertoff - 2

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

### III. Deposition of Patti Igarashi, June 20, 2006

a. 14:3-15:17

b. 16:15-17:8

c. 23:14-23:18

c. 29:9-35:4

e. 40:17-41:2

f. 48:1-55:20

g. 61:22-66:11

h. 69:11-89:14

i. 92:9-103:23

j. 104:17-110:15

k. 117:17-120:24

l. 121:7-127:13

m. 133:6-143:3

n. 150:9-169:8

o. 172:16-174:2

p. 178:12-183:12

q. 195:8-202:5

### IV. Deposition of Charles Turner-February 8, 2006

a. 29-2:30:25

b. 33:7-15

c. 34:12-20

d. 35:2-36:20

e. 38:7-21

f. 39:13-24

Statement Designating Deposition Excerpts -Bruno v.

Chertoff - 3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

g. 47:4-48:5

h. 51:2-10

i. 59:1-6

j. 61:6-62:9

k. 62:22-65:22

l. 66:8-67:7

m. 70:13-25

n. 73:4-16

o. 74:14-76:18

p. 77:5-21

q. 78:20-79:20

r. 81:17-82:20

s. 85:20-87:15

t. 101:11-103:9

u. 127:20-129:22

v. 144:7-145:11

### V. Deposition of Patrick Collins-May 12, 2006

a. 8:18-9:10

b. 12:5-11

c. 13:17-14:17

d. 16:16-23

e. 17:4-18:6

f. 20:13-21:10

g. 23:1-37:18

h. 38:25-39:7

Statement Designating Deposition Excerpts -Bruno v.

Chertoff - 4

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

   i. 40:20-46:20
   j. 46:21-47:13
   k. 50:5-58:11
   l. 58:12-64:8
   m. 64:14-78:24

**VI. Deposition of Filbert Carvalho-May 12, 2006**

   a. 13:8-23
   b. 38:2-40:14
   c. 61:20-24
   d. 63:7-12
   e. 68:2-70:5
   f. 70:6-71:25
   g. 73:2-74:5
   h. 77:2-78:3
   i. 103:8-105:5
   j. 109:7-110:9
   k. 111:15-24
   l. 125:9-20
   m. 126:12-128:1
   n. 130:2-131:3
   o. 131:6-12
   p. 134:8-135:4
   q. 137:11-21
   r. 138:10-16

///

Statement Designating Deposition Excerpts -Bruno v.

Chertoff - 5

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

s. 140:1-143:1

t. 145:6-148:20

Page Dated this 27th day of March, 2007

By:_____
G. TODD WITHY
(5975)
LAW OFFICES OF G.
TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

Dated this 27th day of March, 2007

By:_____
MOISES A. AVILES
AVILES &
ASSOCIATES
560 N. Arrowhead Av.,
#2A
San Bernardino, CA.,
92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Statement Designating Deposition Excerpts -Bruno v.

Chertoff - 6

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that, on the date and by method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class mail and E-mail & Fax

Thomas A Helper 5676
Assistant U. S. Attorney
Room 6-100 PJKK federal Building
300 Ala Moana Blvd
Honolulu Hawai'i 96850-6100
tom.helper@usdoj.gov

March 27, 2007 at San Bernardino, California

*[signature]*

Statement Designating Deposition Excerpts -Bruno v.

Chertoff - 7

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Mar 27 07 04:35p   MOISES A. AVILES   (909) 383-9550   p.7