EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT'S PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial: April 24, 2007<br>Judge: J. Michael Seabright |

DEFENDANT'S PROPOSED SPECIAL VERDICT FORM

　　　Defendant Michael Chertoff, in his capacity as Secretary of the Department of Homeland Security, hereby submits his proposed Special Verdict Form.

1. Has the plaintiff proved by a preponderance of the evidence that the plaintiff's race (Caucasian) or national origin was a motivating factor for the defendant's decision to terminate his employment?

    _____    _____

     YES         NO

If you answered "NO" to question number 1, you have rendered your verdict. Skip the remaining questions, have the Foreperson sign this verdict form, and advise the Court that you have reached a unanimous verdict. If the answer to Question No. 1 is "yes," proceed to Question No. 2.

2. Has the defendant proved, by a preponderance of the evidence, that the defendant would have made the same decision not to promote plaintiff even if the plaintiff's race had played no role in the defendant's decision terminate plaintiff?

    _____    _____

     YES         NO

If your answer to Question No. 2 is "no," proceed to Question 3. If your answer to Question No. 2 is "yes," you have

rendered your verdict.  Skip the remaining question, have the Foreperson sign this verdict form, and advise the Court that you have reached a unanimous verdict.

    3.   What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries he proved he suffered as a result of the race or national origin discrimination you found?

             Amount: $_____

You have completed this Special Verdict Form.  The foreperson should sign and date it, and advise the court that you have reached a unanimous verdict.

DATED: _____                    _____
                                                                   FOREPERSON

    DATED:  April 3, 2007, at Honolulu, Hawaii.

                                          EDWARD H. KUBO, JR.
                                          United States Attorney
                                          District of Hawaii

                                              /s/ Thomas A. Helper
                                        By _____
                                          THOMAS A. HELPER
                                          Assistant U.S. Attorney

                                          Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>      Plaintiffs,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

    Served by First Class Mail:

    Moises A. Aviles                        April 3, 2007
    Aviles & Associates
    560 N. Arrowhead Ave., Suite 2A
    San Bernardino, CA  92401

    Served Electronically through CM/ECF:

    G. Todd Withy                           April 3, 2007
    Withylawcourt@aol.com, withylaw@aol.com

        Attorneys for Plaintiff
        CHRISTOPHER GAHR

    DATED:  April 3, 2007, at Honolulu, Hawaii.

                                                  /s/ Coleen Tasaka-Shoda
                                                  _____