EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>DEFENDANT MICHAEL CHERTOFF'S CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE<br><br><br><br><br>Trial: April 24, 2007<br>Judge: J. Michael Seabright |

DEFENDANT MICHAEL CHERTOFF'S
<u>CONCISE STATEMENT OF THE CASE</u>

　　　Defendant Michael Chertoff, in his capacity as Secretary of the Department of Homeland Security, hereby submits his proposed Concise Statement of the Case:

　　　Christopher Gahr was employed as a screening supervisor for the Transportation Security Administration beginning in April 2002.  In October 2002 he was assigned to Kahului Airport on

Maui.  TSA terminated Gahr's employment in late October 2002. Gahr contends that TSA terminated his employment because of his race (Caucasian) and color (white).  TSA contends that it terminated Gahr because three different managers expressed serious concerns about his performance.

    DATED:  April 3, 2007, at Honolulu, Hawaii.

                                         EDWARD H. KUBO, JR.
                                         United States Attorney
                                         District of Hawaii

                                              /s/ Thomas A. Helper
                                      By _____
                                         THOMAS A. HELPER
                                         Assistant U.S. Attorney

                                         Attorneys for Defendant

```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

LUCAS BRUNO III, CHRISTOPHER  )   CIVIL NO. 03-00567 JMS BMK
GAHR, FRANK ROBERT PAULSON,   )
CHARLES TURNER, and TOM       )   CERTIFICATE OF SERVICE
YOUNG,                        )
                              )
            Plaintiffs,       )
                              )
     vs.                      )
                              )
MICHAEL CHERTOFF, Secretary,  )
DEPARTMENT OF HOMELAND        )
SECURITY,                     )
                              )
            Defendant.        )
_____)
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class Mail:

Moises A. Aviles                                April 3, 2007
Aviles & Associates
560 N. Arrowhead Ave., Suite 2A
San Bernardino, CA  92401

Served Electronically through CM/ECF:

G. Todd Withy                                   April 3, 2007
Withylawcourt@aol.com, withylaw@aol.com

    Attorneys for Plaintiff
    CHRISTOPHER GAHR

DATED:  April 3, 2007, at Honolulu, Hawaii.

                                        /s/ Coleen Tasaka-Shoda
                                        _____