G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

**ORIGINAL**

APR 03 2007

at 4 o'clock and 17 min P.m
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG, <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, <br><br>Defendant. | CIVIL NO. 03-00567-JM:BMK <br><br>STATEMENT TO THE JURY. <br><br>Trial Date: Apr. 17, 2007. <br><br>Judge: The Hon. J. Michael Seabright |

Statement to the Jury -Bruno v. Chertoff - 1

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

///

///

///

///

NOTICE IS HEREBY GIVEN that Plaintiff presents the Proposed Opening Statement to the Jury as follows:

"Ladies and gentlemen of the jury, this case was filed by the Plaintiff Christopher Gahr. He is represented by Moises A. Aviles of Aviles & Associates He alleges that the Government of the United States by its Representative, the Honorable Michael Chertoff, Secretary of Homeland Security, violated Title VII of the Civil Rights Act of 1964 by terminating the Plaintiff as an employee of the Transportation Security Administration because of his race and age. The Government is represented by Thomas A. Helper, Assistant U. S. Attorney.

"In this case, Plaintiff will first have to prove that he was discriminated against. The Government would then have to prove that their reasons for terminating him were non-discriminatory. Finally, the Plaintiff would have to show that Government's reasons for terminating the Plaintiff, were not the actual reasons the Government terminated him.

"Would the Plaintiff like to make its Opening Statement?"

Statement to the Jury -Bruno v. Chertoff - 2

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Dated this 2nd day of April, 2007

By: _____
G. TODD WITHY
(5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com


Dated this 2nd day of April, 2007

By: _____
MOISES A. AVILES
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com


Statement to the Jury -Bruno v. Chertoff - 3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Dated this 2nd day of April, 2007

By /s/
MOISES A. AVILES
AVILES &
ASSOCIATES
560 N. Arrowhead Av.,
#2A
San Bernardino, CA.,
92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Statement to the Jury -Bruno v. Chertoff - 3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that, on the date and by method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class mail and E-mail

Thomas A Helper 5676
Assistant U. S. Attorney
Room 6-100 PJKK federal Building
300 Ala Moana Blvd
Honolulu Hawai'i 96850-6100
tom.helper@usdoj.gov

April 2, 2007 at San Bernardino, California

*[signature]*

Statement to the Jury -Bruno v. Chertoff - 4

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com