
**ORIGINAL**

G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

FILED IN THE
UNITED STATES DISTRICT
DISTRICT OF HAWAII

APR 03 2007

at __ o'clock and __ m. __
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO. 03-00567-JM:BMK<br><br>VERDICT FORMS.<br><br>Trial Date: Apr. 17, 2007.<br><br>Judge: The Hon. J. Michael Seabright |

Dated: _____

THE HON. J. MICHAEL SEABRIGHT,
District Judge, UNITED STATES
DISTRICT COURT, DISTRICT OF
HAWAI'I.

## VERDICT FORM NO. ____

We, the Jury, unanimously find for the Defendant Michael Chertoff, Secretary, Department of Homeland Security to be in the following Counts:

I.  RACE DISCRIMINATION

Liable                                                                    _____

Not Liable                                                                _____

For damages in favor of Christopher Gahr, Plaintiff in the above-entitled action.

II. AGE DISCRIMINATION

Liable                                                                    _____

Not Liable                                                                _____

For damages in favor of Christopher Gahr, Plaintiff in the above-entitled action.

Dated:                                          _____

                                                JURY FOREPERSON

## VERDICT FORM NO. \_\_\_\_

We, the Jury, unanimously find that Defendant's conduct in the Age Discrimination Count was:

Willful                                                  _____

Not Willful                                         _____

Dated:                                _____

                                                          JURY FOREPERSON

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that, on the date and by method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class mail and E-mail

Thomas A Helper  5676
Assistant U. S. Attorney
Room 6-100 PJKK federal Building
300 Ala Moana Blvd
Honolulu Hawai'i 96850-6100
tom.helper@usdoj.gov

April 3, 2007 at San Bernardino, California

_____