## AFFIDAVIT OF CHRISTOPHER GAHR.

I, Christopher Gahr, declare that:

1. I am the Plaintiff in the above-entitled action. If I am called to testify, I would competently and truthfully testify under oath.

2. I am happily married to Magalys Villarreal de Gahr, who is part-Black, and part-Latino from Panama.

3. During the few days in 2002 that I worked with the TSA in Maui International Airport, I did have a conversation with Patrick Collins, a Manager to whom I did not report, and who was not in my chain of command.

4. During said conversation, I told Collins that my wife was of mixed race from Panama.

I declare that the foregoing is true and correct, and that this affidavit was executed on April _10_, 2007, at San Bernardino, California.

CHRISTOPHER GAHR,
Affiant.

My Commission expires :

Opposition to Motion in Limine-Bruno v. Chertoff - 5

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _San Bernardino_ } ss.

On _April 10, 2007_ before me, _Monica Urzua, Notary Public_
personally appeared _Christopher Edwin Gahr_,

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

**MONICA URZUA**
Commission # 1590711
Notary Public - California
San Bernardino County
My Comm. Expires Jun 27, 2009

--- **OPTIONAL** ---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

### Description of Attached Document

Title or Type of Document: _Affidavit of Christopher Gahr_

Document Date: _04/10/2007_                    Number of Pages: _1_

Signer(s) Other Than Named Above: _N/A_

### Capacity(ies) Claimed by Signer

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 1999 National Notary Association · 9350 De Soto Ave., P.O. Box 2402 · Chatsworth, CA 91313-2402 · www.NationalNotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827