## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that, on the date and by method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class mail and E-mail, & Fax

Thomas A Helper  5676

Assistant U. S. Attorney

Room 6-100 PJKK Federal Building

300 Ala Moana Blvd

Honolulu Hawai'i 96850-6100

tom.helper@usdoj.gov  FAX: (808) 541-3752

April 10, 2007 at San Bernardino, California

[signature]

Opposition to Motion in Limine-Bruno v. Chertoff - 6

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com