EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, and TOM YOUNG,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>          Defendant. | CIVIL NO. 03-00567 JMS BMK<br><br>STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE RE: CLAIMS OF LUCAS BRUNO III, CHARLES TURNER AND TOM YOUNG; ORDER |

STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE RE: CLAIMS OF
LUCAS BRUNO III, CHARLES TURNER AND TOM YOUNG

Pursuant to Rule 41(a), Federal Rules of Civil Procedure and the Stipulation for Compromise Settlement executed by plaintiff's counsel on January 12, 2007, it is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, that the claims of Plaintiffs LUCAS BRUNO III, CHARLES TURNER AND TOM YOUNG against

Defendant MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY are hereby dismissed with prejudice, each party to bear its own fees and costs.  Still remaining in this action are the claims of Plaintiff CHRISTOPHER GAHR against Defendant MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY.

DATED:  April 10, 2007, at Honolulu, Hawaii.

/s/ Denise M. Hevicon
_____
MICHAEL JAY GREEN
DENISE M. HEVICON
DEBRA AKEMI KAGAWA
Attorney for Plaintiffs
Lucas Bruno III,
Charles Turner, and
Tom Young

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

        /s/ Thomas A. Helper
By_____
   THOMAS A. HELPER
   Assistant U.S. Attorney

Attorneys for Defendant
MICHAEL CHERTOFF, Secretary,
Department of Homeland Security

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 10, 2007.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

Bruno et al., v. Chertoff, et al.; Civil No. 03-00567 JMS BMK, STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE RE: CLAIMS OF LUCAS BRUNO III, CHARLES TURNER AND TOM YOUNG; ORDER