G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2007

at 4 o'clock and 24 min. PM
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO. 03-00567-JM:BMK<br><br>MOTION TO CONTINUE TRIAL, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, AFFIDAVITS OF MOISES A. AVILES, AND CHRISTOPHER GAHR.<br><br>Motion Date: _____, 2007.<br>Time: _____.<br>Trial Date: Apr. 24, 2007.<br>Judge: The Hon. J. Michael Seabright |

TO THE EACH PARTY HEREIN, AND THEIR ATTORNEY(S) OF RECORD:

///

Motion to Continue Trial-Bruno v. Chertoff - 1

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

NOTICE IS HEREBY GIVEN that on _____, 2007, at _____. m., or as soon thereafter as the matter may be heard in Courtroom _____ of the above-entitled Court, located at 300 Ala Moana Bl., Honolulu, Hawai'i, Plaintiff will move for an Order continuing the Trial and other deadlines in the above-entitled case.

This Motion is being made on the basis that based on the facts contained in the Affidavit of Moises A. Aviles a continuance is necessary in this case.

This Motion will be based on this Notice of Motion, the Affidavits of Moises A. Aviles and Christopher Gahr, the Memorandum of Points and Authorities filed herewith, the papers, and records on file herein, and on any oral and documentary evidence that may be heard at the hearing of this Application.

Dated this 12th day of April, 2007

By: _____
G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4174
withylawcourt@aol.com

Motion to Continue Trial-Bruno v. Chertoff - 2

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Dated this 12th day of April, 2007

By: _____

MOISES A. AVILES
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Motion to Continue Trial-Bruno v. Chertoff - 3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com