## AFFIDAVIT OF CHRISTOPHER GAHR.

STATE OF CALIFORNIA            )
                               )  ss
COUNTY OF SAN BERNARDINO       )

CHRISTOPHER GAHR, after being duly sworn on oath, deposes and states that:

1. I am the Plaintiff in the above-entitled action. If I am called to testify, I would competently and truthfully testify under oath.
2. I hereby consent to the continuance of the Trial.

_____
CHRISTOPHER GAHR,
Affiant

Subscribed and sworn to before me
This 12th day of April 2007.

_____, Notary Public
My Commission expires: 06/27/2009



MONICA URZUA
Commission # 1590711
Notary Public - California
San Bernardino County
My Comm. Expires Jun 27, 2009

Motion to Continue Trial-Bruno v. Chertoff - 9

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com