## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that, on the date and by method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class Mail, Fax, and E-mail

Thomas A Helper  5676
Assistant U. S. Attorney
Room 6-100 PJKK Federal Building
300 Ala Moana Blvd
Honolulu Hawai'i 96850-6100
FAX: (808) 541-3752
tom.helper@usdoj.gov

April 12, 2007 at San Bernardino, California

_____

Motion to Continue Trial-Bruno v. Chertoff - 10

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com