# EXHIBIT "A"

G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

## UNITED STATES DISTRICT COURT, DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO. 03-00567-JM:BMK<br><br>AMENDED EXHIBIT LIST. |

| # | Exhibit | Notes |
|---|---|---|
| 100 | Memorandum from Filbert Carvalho to Lowery Leong, RE: MSF Supervisor Gahr Oct 17, 2002 | |
| 101 | Patrick Collins Counseling Form Dated Oct 18, 2002 | |
| 102 | Patrick Collins Counseling Form Dated Oct 19, 2002 | |
| 103 | Patrick Collins Counseling Form Dated Oct 20, 2002 | |
| 104 | Patty Igarashi Counseling form | |

**EXHIBIT "A"**

| | | |
|---|---|---|
| | Dated October 20, 2002 | |
| 105 | E-Mail from Gahr to Filbert Carvalho<br>Dated October 20 | |
| 106 | E-Mail from Gahr to Filbert Carvalho<br>Dated October 20 | |
| 107 | Letter from Carvalho to Lisa Baker<br>Dated October 21, 2002 | |
| 108 | Memorandum from Howard Tagamori to Lisa Baker regarding termination / concurrence<br>Dated October 25 | Non existant |
| 109 | Letter from Howard Tagamori to Lisa Baker regarding termination<br>Dated October 25 | Non existant |
| 110 | Plaintiff Gahr's Answers to Defendants Interrogatories | |
| 111 | Affidavit of Gahr Dated July 15, 2003, Exhibit to Report of Investigation by DHS investigation of Complaint of Christopher Gahr,<br>Complaint No. 7-03-6032 | |
| 112 | Appendix to Affidavit of Gahr Dated July 15, 2003, Exhibit to Report of Investigation by DHS investigation of Complaint of Christopher Gahr, Complaint No. 7-03-6032 | |
| 113 | Workplace Profile of Kahalui Airport | |
| 114 | Christopher Gahr Application for Classified Employment, San Bernardino County School District, from <u>Gahr v San Bernardino City Joint Unified School District</u>, California Superior Court, San Bernardino County, Case no. SCV 33196 | Motion in Limini |
| 115 | Deposition of Christopher Gahr in <u>Gahr v San Bernardino City Joint Unified School District</u>, California Superior Court, San Bernardino County, Case no. SCV 33196 | Motion in Limini |
| 116 | Declaration of Christopher Gahr in <u>Gahr v San Bernardino City Joint Unified School District</u>, California Superior Court, San Bernardino County, Case no. SCV 33196 | Motion in Limini |
| 117 | Documents as necessary for rebuttal or impeachment | |
| 201 | Sworn Affidavit of Christopher Gahr (Appendix)<br>Dated August 18, 2003   Aug 13" | |
| 202 | Sworn Affidavit of<br>Jason Thomas<br>Dated July 30, 2003 | |
| 203 | Sworn affidavit of Thomas Young<br>Dated August 8, 2003 | |
| 204 | Sworn Affidavit of Katherine Walker<br>Dated August 9, 2003 | |
| 205 | Sworn Affidavit of<br>Karin Pahneuf<br>Dated August 4, 2003 | |
| 206 | Sworn Affidavit of<br>Mike Ferril | |

| | | |
|---|---|---|
| | Dated August 7, 2003 | |
| 207 | Sworn Affidavit of Charles Turner Dated August 18, 2003 | |
| 208 | Sworn Affidavit of Heather Boyum | |
| 209 | Sworn Affidavit of Patti Igarashi Dated August 18, 2003 | |
| 210 | Sworn Affidavit of Filbert Carvalho Dated August 19, 2003 | |
| 211 | Sworn Affidavit of Howard Tagamori Dated August 18, 2003 | |
| 212 | Sworn Affidavit of Lowrey Leong Dated August 26, 2003 | |
| 213 | Memorandum to Gahr from Howard Tagamori Dated October 25, 2002 | |
| 214 | Sworn statement by Liz Masuda August 23, 2003 | |
| 215 | Motorola T-5100-2 Photo | |
| 216 | Letter to Department of Civil Rights from Lucas Bruno Dated march 14, 2003 | |
| 217 | E-mail from Theresa Greenisen Dated December 5, 2002 | |
| 218 | HRM letter 752-1 Interim Policy for Addressing Performance and Conduct Problems Dated July 29, 2002 | |
| 219 | Fox News Video featuring Gahr Dated October 2003 | |
| 220 | E-Mail with "transmission confirmation" to Doris Thurmond Dated Feb. 21, 2003 | |
| 221 | E-Mail with "transmission confirmation" to Doris Thurmond Dated April 15, 2003, | |
| 222 | E-Mail with "transmission confirmation" to Marino Berriero Dated may 14, 2003 | |
| 223 | E-Mail with "transmission confirmation" to Stephanie Rubin Dated May 14, 2003 | |
| 224 | Letter indicating new US Government Credit replacing lost or | |

|     | | |
| --- | --- | --- |
|     | stolen, US Government Credit Card, April 24, 2003 | |
| 225 | W2 form mailed in 2004 for Gahr as employed of TSA in 2003 | |
| 227 | Letter of Termination<br>Of Beverly Jenkins<br>Dated May 12, 2003 | |
| 228 | Letter of Discharge and Letter of counseling<br>Of Eddie Kaupie<br>Dated June 2, 2003 | |
| 229 | Defendants Response to Plaintiffs 3rd Request for Production of Documents, #1 and #2 | |
| 230 | Personnel file of Screening Manager Patti Igarashi | |
| 231 | Untitled book of documents – items numbered #8 thru #57 – which include:<br>TSA Orientation,<br># 8 FERS,<br># 9 Retirement information,<br>#10- # 22 EEOC documents for Lucas Bruno,<br># 23 - # 28 EEOC Documents for Christopher Gahr<br># 29 - # 42 EEOC Documents for Charles Turner<br>#43 - # 54 EEOC Documents for Thomas Young<br># 55 Letter and Affidavit of Karen Phaneuf<br># 56 HRM lettr 735-2<br># 57 Interim Policy on Employee Responsibilities and Conduct | |
| 232 | Federal Defendant's Responses to Plantiff's 1st Request for Production of Documents | |
| 233 | Deposition of<br>Lucas Bruno<br>Dated Feb 09 2003 | |
| 234 | Deposition of<br>Charles Turner<br>Dated Feb 08, 2003 | |
| 235 | Deposition of<br>Thomas Young<br>Dated March 15, 2003 | |
| 236 | Deposition of<br>Filbert Carvalho<br>Dated May 12, 2006 | |
| 237 | Deposition of<br>Pattie Igarashi<br>Dated June 20, 2006 | |
| 238 | Deposition of<br>Patrick Collins<br>Dated may 12, 2006 | |
| 239 | Gahr's Supervisor Prototype Course Book | Issued by TSA |
| 240 | Gahr's Transportation Security Screener Training Book | Issued by TSA |

| 241 | AMA-700<br>Standard Operating Procedures (SOP)<br>For TSA Screeners<br>Dated April 3, 2002 | Issued by TSA |
|---|---|---|
| 242 | Documents as necessary for rebuttal or impeachment | |
| 243 | Gahr's letter in response to Rochelle Granat's attempt to threaten Gahr by citing 18 USC section 701, regarding website TSA screener.com<br>Dated February 13, 203 | |
| 244 | Letter by Karin Phaneuf documenting bizarre behavior by TSA management in March 2003, Dated Aprils 10, 2003 | |
| 245 | Documents showing TSA took money from Gahr's tax returns Dated 2006 to 2007 | |
| 246 | Gahr' s TSA Contract | |

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that, on the date and by method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by First Class mail and E-mail</u> & Fax
Thomas A Helper  5676
Assistant U. S. Attorney
Room 6-100 PJKK federal Building
300 Ala Moana Blvd
Honolulu Hawai'i 96850-6100
tom.helper@usdoj.gov     Fax (808)541-3752

March 27, 2007 at San Bernardino, California

*[signature]*