w/ JMS

G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 6 2007

at 3 o'clock and 35 min P M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG, <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, <br><br>Defendant. | CIVIL NO. 03-00567-JM:BMK <br><br>EX-PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE TRIAL; CERTIFICATE OF MOISES A. AVILES; AFFIDAVIT OF JOYCE H. VEGA RE NOTICE. <br><br>Trial Date: Apr. 24, 2007. <br>Judge: The Hon. J. Michael Seabright |

TO THE EACH PARTY HEREIN, AND THEIR ATTORNEY(S) OF RECORD:

///

///

Ex-Parte Application to Shorten Time-Bruno v. Chertoff

- 1

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

NOTICE IS HEREBY GIVEN that on _____, 2007, at _____. m., or as soon thereafter as the matter may be heard in Courtroom _____ of the above-entitled Court, located at 300 Ala Moana Bl., Honolulu, Hawai'i, Plaintiff will apply for an Order shortening time to hear or consider the Motion to Continue.

This Application is being made on the basis that based on the facts contained in the Affidavit of Moises A. Aviles to the Motion to Continue Trial in that a continuance is necessary in this case, and that a Motion cannot be heard after April 24, 2007 which would make a Notice a moot act, and that a stipulation could not be obtained.

This Application will be based on this Notice of Application, the now-filed Motion to Continue, the Memorandum of Points and Authorities filed herewith, the papers, and records on file herein, and on any oral and documentary evidence that may be heard at the hearing of this Application.

Dated this 13th day of April 2007

By: _____
G. TODD WITHY
(5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4174
withylawcourt@aol.com

Ex-Parte Application to Shorten Time-Bruno v. Chertoff

-2-

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Dated this 13th day of April, 2007

By: /s/
MOISES A. AVILES
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Ex-Parte Application to Shorten Time-Bruno v. Chertoff

- 3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com