## CERTIFICATE.

STATE OF CALIFORNIA           )
                              )   ss
COUNTY OF SAN BERNARDINO      )

MOISES A. AVILES, after being duly sworn on oath, deposes and states that:

1. I am the attorney for the Plaintiff in the above-entitled action. If I am called to testify, I would competently and truthfully testify under oath.

2. Although a Motion for Continuance is exempt from the 28-day notice under the Local Rules, the Motion for Continuance cannot be heard after April 24, 2007 which would make the Motion a moot act.

3. I am making the Motion for Continuance based on the foregoing reasons.

4. On October 20, 2003, the Complaint was filed in the above-entitled Action.

5. From December 29, 2003, to June 29, 2006, continuances were requested by Plaintiff's former attorney, Michael Green, which were consented to by the Government, and granted by this Court.

6. On January 25, 2007, I was admitted *pro hac vice*, and was substituted in as Plaintiff's counsel.

7. My law firm only consists of one Associate and myself. My firm has an extremely large case load, where we are working on the following cases:

    a. *Jose Lopez Guzman, et al., v. Gonzalo Llamas, et al.*, Orange County (California) Superior Court Case No. 05CC03200, where a mistrial was declared April 11, 2007, and where that Court hear further arguments on May 22, 2007.

---

Ex-Parte Application to Shorten Time-Bruno v. Chertoff

- 4

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

    b. *Jose Armando Sorto, et al., v. Maria Valencia, et al.*, Orange County (California) Superior Court Case No. 05CC12686, where trial is set for May 21, 2007.

8. In addition, I also have Appeals pending in both the California Courts of Appeal, and the Ninth Circuit Court of Appeals, and in the later, I have many immigration Appeals before that Court, which takes substantial time to prepare.

9. Because I have trials coming up, and Appeals to work on, and other civil, family law, and criminal motions to work on, I would need at least two months to study all the evidence that is in our possession (including about six depositions, prior EEOC material, etc.) that it cannot be done by trial date of April 24, 2007.

10. I have met all current deadlines in this case.

11. On or about April 10, 2007, I contacted Mr. Thomas A. Helper, Assistant U. S. Attorney for the United States, and I he did not consent to any continuance, even though he consented to many between December 29, 2003, to June 29, 2006.

                                       MOISES A. AVILES,
                                       Affiant

Subscribed and sworn to before me
This 13th day of April 2007

                               JOSE CISNEROS
                               COMM. # 1439468
                               NOTARY PUBLIC-CALIFORNIA
                               SAN BERNARDINO COUNTY
                               COMM. EXP. OCT. 12, 2007

My Commission expires:
10/12/2007

Ex-Parte Application to Shorten Time-Bruno v. Chertoff

- 5

                                                    AVILES & ASSOCIATES
                                                    560 N. Arrowhead Av., #2A
                                                    San Bernardino, CA., 92404
                                                         TEL.: (909) 383-2333
                                                         FAX: (909) 383-9550
                                                     maviles1231@aol.com