## AFFIDAVIT OF JOYCE H. VEGA.

STATE OF CALIFORNIA )

) ss

COUNTY OF SAN BERNARDINO )

JOYCE H. VEGA, after being duly sworn on oath, deposes and states that:

1. I am one of the attorneys employed with Aviles & Associates. If I am called to testify, I would competently and truthfully testify under oath.

2. On April _13th_, 2007, at about _1:40 P._ m., _Pacific Std. Time, I personally_ I ~~had my clerk~~ called Thomas A. Helper, Assistant U. S. Attorney, the attorney for Defendant the Honorable Michael Chertoff, and that there is going to be an ex-parte application filed on April _13th_, 2007, before the Honorable J. Michael Seabright of the above-entitled Court to apply for an Order shortening time to hear the Motion to Continue.

3. Also on April _13th_, 2007, at about _3:45 P._ m., _Pacific Std. Time_ I personally faxed to Mr. Helper (at (808) 541-3752, a copy of this Application).

JOYCE H. VEGA,
Affiant.

Subscribed and sworn to before me

This _13th_ day of April 2007.

JOSE CISNEROS
COMM. # 1439468
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
COMM. EXP. OCT. 12, 2007

My Commission expires: _10/12/07_

Ex-Parte Application to Shorten Time-Bruno v. Chertoff

-6

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com