G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 16 2007

at 4 o'clock and 34 min
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO. 03-00567-JM:BMK<br><br>APPLICATION TO ADMIT JOYCE H. VEGA *PRO HAC VICE*; AFFIDAVIT OF JOYCE H. VEGA.<br><br>Motion Date: _____, 2007.<br>Time: _____<br>Trial Date: Apr. 24, 2007.<br>Judge: The Hon. J. Michael Seabright |

TO THE CLERK OF THE COURT:

///

///

Application to Admit *Pro Hac Vice*-Bruno v. Chertoff -

1

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

NOTICE IS HEREBY GIVEN that Joyce H. Vega, attorney for Plaintiff Christopher Gahr will apply for an Order admitting her *pro hac vice* as one of Plaintiff's attorneys, associating with G. Todd Withy, and Moises A. Aviles, Plaintiff's attorneys of record.

This Application is being made on the basis that she is an attorney in good standing and that she has met all of the other requirements under Local Rule 83.1(e) to practice *pro hac vice*.

This Application will be based on this Notice of Application, the Affidavit of Joyce H. Vega, the papers, and records on file herein, and on any oral and documentary evidence that may be heard at the hearing of this Application.

Dated this 10th day of April, 2007

By: _____
G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

Application to Admit *Pro Hac Vice*-Bruno v. Chertoff -

2

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Dated this 10th day of April, 2007

By: _____
MOISES A. AVILES
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Application to Admit *Pro Hac Vice*-Bruno v. Chertoff -

3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com