## AFFIDAVIT OF JOYCE H. VEGA

STATE OF CALIFORNIA        )
                           )  ss
COUNTY OF SAN BERNARDINO   )

JOYCE H. VEGA, after being duly sworn on oath, deposes and states that:

1. I reside in San Bernardino, California, 92401.

2. I am a member of the law firm of Aviles & Associates with office in San Bernardino, California. My address is 560 N. Arrowhead Av., Ste 2A San Bernardino, California, 92401; TEL.: (909)383-2333, Fax: (909) 383-9550

3. I am admitted to practice before the Bars of the following Courts, and have been so admitted as of the dates listed herein:

    a. State Bar of California (permitting me to practice in all State Courts in California), *Dec. 4, 2003*.

    b. United States District Court for the Central District of California, *Dec. 4, 2003*

    c. ~~United States Court of Appeals for the Ninth Circuit~~,

4. I am currently in good standing and eligible to practice in these Courts.

5. I am not currently suspended or disbarred in any other Court.

6. I have neither currently nor in the year preceding this Motion made an application to appear *pro hac vice* in this Court.

7. I do not reside in the State of Hawai'i, and am not regularly engaged in business, professional, or law related activities in the State of Hawai'i.

8. G. Todd Withy, a member of the firm, Law Offices of G. Todd Withy, whose address is 888 Mililani St., #700, Honolulu, HI., 96813. TEL.: (808)521-2500, an active member in good standing of the Bar of the

Application to Admit *Pro Hac Vice*-Bruno v. Chertoff -        AVILES & ASSOCIATES
                                                               560 N. Arrowhead Av., #2A
4                                                              San Bernardino, CA., 92404
                                                                 TEL.: (909) 383-2333
                                                                 FAX: (909) 383-9550
                                                                 maviles1231@aol.com

State of Hawai'i, and licensed to practice before all Courts in the State of Hawai'i, will continue to serve as counsel with whom this Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

9. I affirm that local counsel shall continue at all times to participate meaningfully in the preparation and trial of this Case with authority and responsibility to act as attorney of record for all purposes.

JOYCE H. VEGA,
Affiant.

Subscribed and sworn to before me
This 13th day of April 2007.

My Commission expires: 10/12/07

JOSE CISNEROS
COMM. # 1439468
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
COMM. EXP. OCT. 12, 2007

Application to Admit *Pro Hac Vice*-Bruno v. Chertoff -
5

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com