```
            IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

LUCAS BRUNO III, CHRISTOPHER )    CIVIL NO. 03-00567 JMS BMK
GAHR, FRANK ROBERT PAULSON,  )
CHARLES TURNER, and TOM      )    CERTIFICATE OF SERVICE
YOUNG,                       )
                             )
              Plaintiffs,    )
                             )
        vs.                  )
                             )
MICHAEL CHERTOFF, Secretary, )
DEPARTMENT OF HOMELAND       )
SECURITY,                    )
                             )
              Defendant.     )
_____)
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

G. Todd Withy
Withylawcourt@aol.com, withylaw@aol.com

<u>Served by First Class Mail</u>:

Moises A. Aviles
Aviles & Associates
560 N. Arrowhead Ave., Suite 2A
San Bernardino, CA  92401

Attorneys for Plaintiff
CHRISTOPHER GAHR

DATED:   Honolulu, Hawaii, April 18, 2007.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii

           /s/ Thomas A. Helper
         By _____
          THOMAS A. HELPER
          Assistant U.S. Attorney

         Attorneys for Defendant