# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/19/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL 03-00567JMS-BMK

CASE NAME:        Christopher Gahr vs. Department of Homeland Security

ATTYS FOR PLA:    Moises Aviles
                  G. Todd Withy

ATTYS FOR DEFT:   Thomas Helper
                  Annette Buchanan

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:   Lisa Groulx

DATE:    04/19/2007                    TIME:   9:10 - 10:30  2:50 - 3:30

COURT ACTION:  1) Final Pretrial Conference.  2) Defendant's Motion in Limine to Exclude Testimony of Patrick Colins Regarding Derogatory Racial Statements [143] 3) Plaintiffs Motion in Limine to Exclude Any Evidence Relating to Gahr vs. San Bernardino City Unified School District [144] 4) Motion in Limine to Exclude Evidence Regarding Personnel Decisions Other Than Plaintiff's Termination [123]

Plaintiffs presence waived.

Arguments made.

[144] Plaintiff's Motion in Limine to Exclude Any Evidence Relating to Gahr vs. San Bernardino City Unified School District - No ruling made.  Court deferred ruling on this motion.

[143] Defendant's Motion in Limine to Excllude Testimony of Patrick Collins Regarding Derogatory Racial Statements - GRANTED.

Further pretrial conference on deposition designations and exhibits continued to Friday, April 20, 2007 at 1:30 p.m.

Submitted by: Dottie Miwa, Courtroom Manager