cc. Jms &
Dottie

G. TODD WITHY (5975)
LAW OFFICES OF G. TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Attorneys for Plaintiff
CHRISTOPHER GAHR

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2007

at 8 o'clock and 50 min A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT,

## DISTRICT OF HAWAI'I.

| | |
|---|---|
| LUCAS BRUNO III, CHRISTOPHER GAHR, FRANK ROBERT PAULSON, CHARLES TURNER, TOM YOUNG, | CIVIL NO. 03-00567-JM:BMK |
| Plaintiffs, | ERRATA TO EXHIBIT LIST. |
| v. | Trial Date: Apr. 24, 2007. Judge: The Hon. J. Michael Seabright |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

///

///

///

///

Errata -Bruno v. Chertoff - 1

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

NOTICE IS HEREBY GIVEN that Plaintiff believes that those Exhibits are

not probative to this case and therefore Exhibits 239 through 241 are withdrawn.

Dated this 20th day of April, 2007

By: _____    per dJA

G. TODD WITHY
(5975)
LAW OFFICES OF G.
TODD WITHY
888 Mililani St., #700
Honolulu, HI., 96813
TEL.: (808) 521-2500
FAX: (808) 536-4474
withylawcourt@aol.com

Dated this 20th day of April, 2007

By: _____

MOISES A. AVILES
AVILES &
ASSOCIATES
560 N. Arrowhead Av.,
#2A
San Bernardino, CA.,
92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

Errata -Bruno v. Chertoff - 2

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that, on the date and by method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class Mail, E-mail, and Fax

Thomas A Helper  5676
Assistant U. S. Attorney
Room 6-100 PJKK federal Building
300 Ala Moana Blvd
Honolulu Hawai'i 96850-6100
FAX: (808)541-3752
tom.helper@usdoj.gov, *tomrepleh@hotmail.com*

April 20, 2007 at San Bernardino, California

Errata -Bruno v. Chertoff - 3

AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92404
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com