# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/20/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 03-00567JMS-BMK |
| CASE NAME: | Christopher Gahr vs. Department of Homeland Security |
| ATTYS FOR PLA: | Moises Aviles<br>G. Todd Withy |
| ATTYS FOR DEFT: | Thomas Helper<br>Annette Buchanan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Lisa Groulx |
| DATE: | 04/20/2007 | TIME: | 1:40 - 4:30 |

COURT ACTION: Further Pretrial Conference on Deposition Designations and Exhibits:

Plaintiff's presence waived.

[123] Motion in Limine to Exclude Evidence Regarding Personnel Decisions Other Than Plaintiff's Termination - GRANTED in PART and DENIED in PART.

Further hearing on pretrial conference on deposition designations and exhibits continued to Monday, April 23, 2007 at 10:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager