ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 23 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER GAHR, | CIVIL NO. 03-00567 JMS BMK |
| Plaintiff, | STIPULATION REGARDING EXHIBITS; CERTIFICATE OF SERVICE |
| vs. | |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

## STIPULATION REGARDING EXHIBITS

The parties hereby stipulate to as follows with regards to the following exhibits:

| | |
|---|---|
| Ex. 100 | Authentic and Relevant |
| Exs. 101-104 | Relevant |
| Exs. 105-106 | Authentic and Relevant |
| Exs. 107-109 | Relevant |
| Exs. 110-112 | Authentic |
| Ex. 113 | Withdrawn |

| | |
|---|---|
| Ex. 114 | No stipulation |
| Exs. 115-116 | Withdrawn as substantive evidence |
| Exs. 117-120 | Relevant |
| Exs. 201-212 | Authentic |
| Exs. 213-215 | Relevant and authentic |
| Exs. 216-217 | Authentic |
| Ex. 218 | No stipulation |
| Ex. 219 | Withdrawn as Substantive Evidence |
| Exs. 220-224 | No stipulation |
| Ex. 225 | Authentic |
| Ex. 227 | No stipulation |
| Ex. 228 | Authentic and relevant |
| Exs. 229-230 | Withdrawn |
| Exs. 231-238 | Authentic |
| Exs. 239-241 | Withdrawn as Substantive Evidence |

DATED: Honolulu, Hawaii, April ____, 2007.

MOISES A. AVILES
Attorney for Plaintiff
CHRISTOPHER GAHR

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
THOMAS A. HELPER
Assistant U.S. Attorney

Attorneys for Defendants

2