# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/23/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL 03-00567JMS-BMK

CASE NAME: Christopher Gahr vs. Department of Homeland Security

ATTYS FOR PLA: Moises Aviles

ATTYS FOR DEFT: Thomas A. Helper
Annette Buchanan

INTERPRETER:

JUDGE: J. Michael Seabright      REPORTER: Lisa Groulx

DATE: 04/23/2007                 TIME: 10:00 - 11:20

COURT ACTION:  Further Pretrial Conference on Deposition Designations and Exhibits:

Plaintiff Christopher Gahr present.

Discussion held regarding remaining pretrial matters (exhibits, stipulations to be filed, etc.)

Docket #18 - Defendant's Proffer of Evidence regarding personnel decisions other than Plaintiff's: Court ruled that defendant's can offer evidence with cut-off date of 12/31/2004.

Docket #149 - Plaintiff's Deposition Designations and Defendant's Objections: Court went through all of the depositions that Plaintiff wanted to use for trial that Defendant objected to (Tom Young, Patti Igarashi, Filbert Carvalho) and ruled as to which deposition excerpts Plaintiff will be able to present.

Submitted by:  Dottie Miwa, Courtroom Manager