# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/24/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 03-00567JMS-BMK |
| CASE NAME: | Christopher Gahr vs. Department of Homeland Security |
| ATTYS FOR PLA: | Moises Aviles<br>G. Todd Withy<br>Joyce H. Vega |
| ATTYS FOR DEFT: | Thomas Helper<br>Annette Buchanan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 04/24/2007 | TIME: | 9:25 - 12:10 |

COURT ACTION:  Jury Selection:

53 jurors present for selection.   8 jurors selected.

Jurors sworn.

Preliminary instructions given by Court.

Further trial continued to Wednesday, April 25, 2007 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager