# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/25/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CILVIL 03-00567JMS-BMK |
| CASE NAME: | Christopher Gahr vs. Michael Chertoff, Secretary, Department of Homeland Security |
| ATTYS FOR PLA: | Moises Aviles<br>Joyce H. Vega |
| ATTYS FOR DEFT: | Thomas Helper<br>Annette Buchanan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Lisa Groulx |
| DATE: | 04/25/2007 | TIME: | 9:00 - 12:00  1:15 - 1:25 |

COURT ACTION:  Jury Trial: 2nd day:

Plaintiff Christopher Gahr present with counsels Moises Aviles and Joyce Vega.

Plaintiff presented opening statement.
Defendant presented opening statement.

CST: Christopher Gahr

Exhibits Admitted: Plaintiffs - 213.

Parties reached a settlement.  Settlement placed on record.

Mr. Helper to prepare stipulation for dismissal.

Submitted by: Dottie Miwa, Courtroom Manager