EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER GAHR, | CIVIL NO. 03-00567 JMS BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER |
| vs. | |
| MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES

Pursuant to Federal Rules of Civil Procedure 41(a)(1), it is stipulated and agreed, by and between the parties hereto, by and through their respective counsel, that all claims brought by Plaintiff CHRISTOPHER GAHR against Defendant MICHAEL CHERTOFF, Secretary, DEPARTMENT OF HOMELAND SECURITY are hereby dismissed with prejudice, each party to bear its own fees and costs.

There are no remaining issues or parties.

      This stipulation has been signed by counsel for all parties who have made an appearance in this action.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

/s/ Moises A. Aviles              /s/ Thomas A. Helper
_____   By_____
MOISES A. AVILES                THOMAS A. HELPER
JOYCE H. VEGA
G. TODD WITHY                    Assistant U.S. Attorney
Attorneys for Plaintiff         Attorneys for Defendant


      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, April 26, 2007.

_____
J. Michael Seabright
United States District Judge


Christopher Gahr v. Michael Chertoff, Secretary, Department of Homeland Security; Civil No. 03-00567 JMS BMK
STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER